| PROB 22<br>(Rev. 2/88) | | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|---|
| | | | 0315 2:09CR00348-001 |
| **TRANSFER OF JURISDICTION** | | | DOCKET NUMBER *(Rec. Court)* |
| | | | 3:15CR43-001/MCR |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED | DISTRICT | | DIVISION |
| | Western District Of Pennsylvania | | United States Probation Office |
| | NAME OF SENTENCING JUDGE | | |
| Shane Hennen<br>Northern District of Florida | The Honorable Gary L. Lancaster | | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>12/13/2013 | TO<br>12/12/2017 |

| OFFENSE |
|---|
| 21 U.S.C. 841(a)(1) & (b)(1)(C):  Possession with Intent to Distribute and Distribution of Less Than 500 Grams of a Mixture and Substance Containing a Detectable Amount of Cocaine |

| PART 1 - ORDER TRANSFERRING JURISDICTION |
|---|
| UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA |

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District Of Florida upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

8/7/15
*Date*

The Honorable Cathy Bissoon
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

| PART 2 - ORDER ACCEPTING JURISDICTION |
|---|
| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA |

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8-12-15
*Effective Date*

M. Casey Rodgers
*Chief United States District Judge*