| PROB 22<br>(Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 0315 2:09CR00348-001 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 3:15CR43-001/MCR |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED | DISTRICT | DIVISION |
|---|---|---|
| | Western District Of Pennsylvania | United States Probation Office |
| | NAME OF SENTENCING JUDGE | |
| Shane Hennen<br>Northern District of Florida | The Honorable Gary L. Lancaster | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>12/13/2013 | TO<br>12/12/2017 |

| OFFENSE |
|---|
| 21 U.S.C. 841(a)(1) & (b)(1)(C): Possession with Intent to Distribute and Distribution of Less Than 500 Grams of a<br>Mixture and Substance Containing a Detectable Amount of Cocaine |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District Of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

8/7/15
*Date*

The Honorable Cathy Bisson
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8-12-15
*Effective Date*

M. Casey Rodgers
*Chief United States District Judge*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 09-348 |
| v. | ) [UNDER SEAL] |
| | ) (21 U.S.C. §§ 841(a)(1), |
| SHANE HENNEN | ) 841(b)(1)(C), and 846)) |
| ANTHONY FRANELL | ) |
| DENNIS CERCONE | ) |
| JAMES CERCONE | ) |
| ANTHONY CERCONE | ) |
| a/k/a Chick | ) |

**FILED**

FEB 2 3 2010

## SUPERSEDING INDICTMENT

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

### COUNT ONE

The grand jury charges:

On or about December 2, 2009, in the Western District of
Pennsylvania, the defendant, SHANE HENNEN, DENNIS CERCONE, and
JAMES CERCONE, did knowingly, intentionally and unlawfully possess
with intent to distribute and distribute less than 500 grams of a
mixture and substance containing a detectable amount of cocaine, a
Schedule II controlled substance.

In violation of Title 21, United States Code, Sections
841(a)(1) and 841(b)(1)(C).

## COUNT TWO

The grand jury further charges:

On or about December 2, 2009, in the Western District of Pennsylvania, the defendant, ANTHONY FRANELL, did knowingly, intentionally and unlawfully possess with intent to distribute less than 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THREE

The grand jury further charges:

On or about February 11, 2009, in the Western District of Pennsylvania, the defendant, ANTHONY CERCONE, a/k/a Chick, did knowingly, intentionally and unlawfully possess with intent to distribute and distribute less than 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT FOUR

The grand jury further charges:

On or about April 22, 2009, in the Western District of Pennsylvania, the defendant, JAMES CERCONE, did knowingly, intentionally and unlawfully possess with intent to distribute and distribute less than 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FIVE

The grand jury further charges:

On or about October 20, 2009, in the Western District of Pennsylvania, the defendant, ANTHONY CERCONE, a/k/a Chick, did knowingly, intentionally and unlawfully possess with intent to distribute and distribute less than 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SIX

The grand jury further charges:

From in and around March 2009, and continuing thereafter to in and around January 2010, in the Western District of Pennsylvania, the defendants, SHANE HENNEN, DENNIS CERCONE, JAMES CERCONE, and ANTHONY CERCONE, a/k/a Chick, did knowingly, intentionally and unlawfully conspire with one another and with persons both known and unknown to the grand jury, to possess with intent to distribute and distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

In violation of Title 21, United States Code, Section 846.

A True Bill,

FOREPERSON   BRIAN BURGO

ROBERT S. CESSAR
Acting United States Attorney
PA ID No. 47736

CERTIFIED FROM THE RECORD
08/18/2015
ROBERT V. BARTH JR., CLERK
Keith Anderson
Deputy Clerk

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
           Sheet 1

# UNITED STATES DISTRICT COURT

Western District of Pennsylvania

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | |
| Shane Hennen | ) | Case Number: 2:09-cr-00348-001 |
| | ) | USM Number: #30604-068 |
| | ) | Mark Lancaster, Esq. |
| | ) | Defendant's Attorney |

## THE DEFENDANT:

☑ pleaded guilty to count(s)    1 & 6

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. 841(a)(1) & 841(b)(1)(C) | Possession with the Intent to Distribute and Distribution of Less Than 500 Grams of a Mixture and Substance Containing a Detectable Amount of Cocaine | 12/2/2009 | 1 |

The defendant is sentenced as provided in pages 2 through    11    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s)      ☐ is    ☐ are   dismissed on the motion of the United States.

     It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

9/20/2011
Date of Imposition of Judgment

Signature of Judge

CERTIFIED FROM THE RECORD
08/18/2015
ROBERT V. BARTH JR., CLERK
Keith Anderson
Deputy Clerk

Gary L. Lancaster                  Chief U.S. District Judge
Name of Judge                          Title of Judge

9 | 20 | 11
Date

Case 2:09-cr-00348-CB    Document 224    Filed 09/20/11    Page 2 of 7

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
Sheet 1A

DEFENDANT:  Shane Hennen
CASE NUMBER:  2:09-cr-00348-001

Judgment—Page ___2___ of ___11___

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. 846 | Conspiracy to Possess With Intent to Distribute and Distribute Five (5) Kilograms or More of a Mixture and Substance Containing a Detectable Amount of Cocaine | 1/31/2010 | 6 |

AO 245B    (Rev. 09/08) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page ___3___ of ___11___

DEFENDANT: Shane Hennen
CASE NUMBER: 2:09-cr-00348-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

30 months incarceration. This term shall consist of 30 months incarceration at Counts 1 and 6, with both terms running concurrently.

☑   The court makes the following recommendations to the Bureau of Prisons:

The Court recommends to the Bureau of Prisons that the defendant be housed at the most suitable facility nearest Pensacola, Florida

☐   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

☐   at _____  ☐ a.m.  ☐ p.m.  on _____ .

☐   as notified by the United States Marshal.

☑   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐   before 2 p.m. on _____ .

☑   as notified by the United States Marshal.

☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
           Sheet 3 — Supervised Release

DEFENDANT:  Shane Hennen                                      Judgment—Page __4__ of __11__
CASE NUMBER:  2:09-cr-00348-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

Four (4) years of supervision. This term shall consist of three (3) years of supervision at Count 1 and four (4) years of supervision at Count 6, with both terms running concurrently.

    The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

☑   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

☑   The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

☐   The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*

☐   The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

    If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

    The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)   the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)   the defendant shall support his or her dependents and meet other family responsibilities;

5)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)   the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)   the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)   the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)   as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B     (Rev. 09/08) Judgment in a Criminal Case
            Sheet 3A — Supervised Release

Judgment—Page   5   of   11

DEFENDANT:  Shane Hennen
CASE NUMBER:  2:09-cr-00348-001

## ADDITIONAL SUPERVISED RELEASE TERMS

1. The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

2. The defendant shall not unlawfully possess a controlled substance.

3. The defendant shall submit to urinalysis as directed by the probation officer and shall participate in a substance abuse treatment program, if deemed necessary. It is also ordered that the defendant's initial drug test shall occur within 15 days of being placed on supervision and he shall undergo at least two periodic tests thereafter. Furthermore, the defendant shall be required to contribute to the costs of services for any such treatment not to exceed an amount determined reasonable by the Probation Office.

4. The defendant shall participate in an alcohol aftercare treatment program, approved by the probation officer, which may include urine testing. The defendant shall remain in any such program until he is released from that program by the Court.

5. The defendant shall cooperate in the collection of DNA as directed by the Probation Officer.

DEFENDANT:  Shane Hennen
CASE NUMBER:  2:09-cr-00348-001

Judgment — Page  6  of  11

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 200.00 | $ 0.00 | $ 0.00 |

☐  The determination of restitution is deferred until _____ .  An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTALS** | $ 0.00 | $ 0.00 | |

☐  Restitution amount ordered pursuant to plea agreement  $ _____

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐  the interest requirement is waived for the  ☐ fine  ☐ restitution.

☐  the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: Shane Hennen
CASE NUMBER: 2:09-cr-00348-001

Judgment — Page ___7___ of ___11___

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ☑  Lump sum payment of $ __200.00__ due immediately, balance due

    ☐  not later than _____ , or
    ☐  in accordance  ☐ C,  ☐ D,  ☐ E, or  ☑ F below; or

B  ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

C  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
    _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
    _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
    term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
    imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☑  Special instructions regarding the payment of criminal monetary penalties:

    This amount must be paid prior to discharge from this sentence.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

CLOSED

# U.S. District Court
## Western District of Pennsylvania (Pittsburgh)
## CRIMINAL DOCKET FOR CASE #: 2:09-cr-00348-CB All Defendants
## Internal Use Only

Case title: USA v. HENNEN et al

Magistrate judge case numbers: 2:09-mj-00628-RCM *SEALED*
2:09-mj-00629-RCM *SEALED*

Date Filed: 12/29/2009
Date Terminated: 12/13/2012

---

Assigned to: Judge Cathy Bissoon

**Defendant (1)**

**SHANE HENNEN**
*TERMINATED: 09/20/2011*

represented by **Mark D. Lancaster**
445 Fort Pitt Boulevard
Suite 100
Pittsburgh, PA 15219
(412) 355-0915
Fax: (412) 355-0331
Email:
mdlcrimlaw@gmail.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Michael J. DeRiso**
DeRiso & DeRiso
1801 Law & Finance

Filed 08/24/15 USDC-ND 3m1132

Building
429 Fourth Avenue
Pittsburgh, PA 15219
(412) 765-1100
Email:
deriso_esq2@msn.com
*ATTORNEY TO BE
NOTICED*

| Pending Counts | Disposition |
|---|---|
| 21 U.S.C. 841(A)(1) AND 841(B)(1)(C) POSSESSION WITH INTENT TO DISTRIBUTE AND DISTRIBUTION OF LESS THAN 500 GRAMS OF A MIXTURE AND SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF COCAINE. (1) | |
| 21 U.S.C. 841(a)(1) and 841 (b)(1)(C) POSSESSION WITH INTENT TO DISTRIBUTE AND DISTRIBUTION OF LESS THAN 500 GRAMS OF A MIXTURE AND SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF COCAINE. (1s) | 30 months incarceration, to run concurrently with term imposed at Count 6, and three (3) years of supervised release, also to run concurrently with term imposed at Count 6; No fine of cost; Special Assessment of $100.00 imposed |
| 21 U.S.C. 846 CONSPIRACY TO | 30 months incarceration, to |

POSSESS WITH INTENT TO DISTRIBUTE AND DISTRIBUTION OF 5 KILOGRAMS OR MORE OF A MIXTURE AND SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF COCAINE.
(6s)

run concurrently with term imposed at Count 1, and four (4) years of supervised release, also to run concurrently with term imposed at Count 1; No fine of cost; Special Assessment of $100.00 imposed

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                    **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                           **Disposition**

21:841A=CD.F
CONTROLLED
SUBSTANCE - SELL,
DISTRIBUTE, OR
DISPENSE

Assigned to: Chief Judge
Gary L. Lancaster

**Defendant (2)**

**ANTHONY FRANELL**        represented by **W. Penn Hackney**

*TERMINATED: 07/15/2011*

Federal Public Defender's
Office
1001 Liberty Avenue
1500 Liberty Center
Pittsburgh, PA 15222-3716
(412) 644-6565
Fax: (412) 644-4594
Email: penn_hackney@fd.org

*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*
*Designation: Public Defender*
*or Community Defender*
*Appointment*

## Pending Counts

## Disposition

21 U.S.C. 841(a)(1) and 841
(b)(1)(C) POSSESSION
WITH INTENT TO
DISTRIBUTE LESS THAN
500 GRAMS OF A
MIXTURE AND
SUBSTANCE
CONTAINING A
DETECTABLE AMOUNT
OF COCAINE.
(2)

21 U.S.C. 841(a)(1) and 841
(b)(1)(C) POSSESSION
WITH INTENT TO
DISTRIBUTE LESS THAN
500 GRAMS OF A
MIXTURE AND
SUBSTANCE
CONTAINING A
DETECTABLE AMOUNT

24 months incarceration and
three (3) years of supervised
release, with conditions; No
fine or costs; Special
assessment of $100.00
imposed

OF COCAINE.
(2s)

## Highest Offense Level (Opening)

Felony

## Terminated Counts

None

## Highest Offense Level (Terminated)

None

## Complaints

21:841B=CD.F controlled
substance - sell, distribute or
dispense

**Disposition**

**Disposition**

**Disposition**

Assigned to: Judge
Cathy Bissoon

## Defendant (3)

**DENNIS**                represented by  **William H. Difenderfer**
**CERCONE**                              Difenderfer, Rothman & Haber
*TERMINATED:*                            304 Ross Street
*03/06/2011*                             Suite 400
                                         Pittsburgh, PA 15219
                                         (412) 338-9990
                                         Fax: (412) 338-9993
                                         Email:
                                         DifenderferRothmanHaber@yahoo.com

                                         *ATTORNEY TO BE NOTICED*

*Designation: Retained*

## Pending Counts

## Disposition

21 U.S.C. 841(a)(1)
and 841(b)(1)(C)
POSSESSION
WITH INTENT TO
DISTRIBUTE AND
DISTRIBUTION
OF LESS THAN
500 GRAMS OF A
MIXTURE AND
SUBSTANCE
CONTAINING A
DETECTABLE
AMOUNT OF
COCAINE.
(1)

36 months incarceration and three (3)
years of supervised release imposed at
Count 1 and 6, with both terms to run
concurrently; No fine or cost; Special
Assessment of $100.00 imposed at each
count

21 U.S.C. 846
CONSPIRACY TO
POSSESS WITH
INTENT TO
DISTRIBUTE AND
DISTRIBUTION
OF 5 KILOGRAMS
OR MORE OF A
MIXTURE AND
SUBSTANCE
CONTAINING A
DETECTABLE
AMOUNT OF
COCAINE.
(6)

36 months incarceration and three (3)
years of supervised release imposed at
Count 1 and 6, with both terms to run
concurrently; No fine or cost; Special
Assessment of $100.00 imposed at each
count

## Highest Offense
## Level (Opening)

Felony

**Terminated**                    **Disposition**
**Counts**

None

**Highest Offense**
**Level (Terminated)**

None

**Complaints**                    **Disposition**

None

---

Assigned to: Chief Judge
Gary L. Lancaster

**Defendant (4)**

**JAMES CERCONE**              represented by **Fred G. Rabner**
USMS 31368068                                 Rabner Law Offices
*TERMINATED: 12/13/2012*                      429 Fourth Avenue
                                              800 Law & Finance Building
                                              Pittsburgh, PA 15219
                                              (412) 765-2500
                                              Email: fred@rabnerlaw.com
                                              *ATTORNEY TO BE*
                                              *NOTICED*
                                              *Designation: Retained*

                                              **James E. DePasquale**
                                              1302 Grant Building
                                              310 Grant Street
                                              Pittsburgh, PA 15219
                                              (412) 471-1415
                                              Email:
                                              jim.depasquale@verizon.net

*TERMINATED: 01/13/2011*
*ATTORNEY TO BE*
*NOTICED*
*Designation: Retained*

## Pending Counts

21 U.S.C. 841(a)(1) and 841
(b)(1)(C) POSSESSION
WITH INTENT TO
DISTRIBUTE AND
DISTRIBUTION OF LESS
THAN 500 GRAMS OF A
MIXTURE AND
SUBSTANCE
CONTAINING A
DETECTABLE AMOUNT
OF COCAINE.
(1)

21 U.S.C. 841(a)(1) and 841
(b)(1)(C) POSSESSION
WITH INTENT TO
DISTRIBUTE LESS THAN
500 GRAMS OF A
MIXTURE AND
SUBSTANCE
CONTAINING A
DETECTABLE AMOUNT
OF COCAINE.
(4)

21 U.S.C. 846

## Disposition

72 months incarceration at
Counts 1, 4 & 6, with all
terms running concurrently;
Three (3) years of supervised
release, with conditions, at
Counts 1 and 4 and five (5)
years of supervised release at
Count 6, with conditions, to
run concurrently with each
other; No fine or costs;
Special assessment of
$100.00 imposed at each
count, for a total assessment
of $300.00

72 months incarceration at
Counts 1, 4 & 6, with all
terms running concurrently;
Three (3) years of supervised
release, with conditions, at
Counts 1 and 4 and five (5)
years of supervised release at
Count 6, with conditions, to
run concurrently with each
other; No fine or costs;
Special assessment of
$100.00 imposed at each
count, for a total assessment
of $300.00

72 months incarceration at
Counts 1, 4 & 6, with all

CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE AND DISTRIBUTION OF 5 KILOGRAMS OR MORE OF A MIXTURE AND SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF COCAINE.
(6)

terms running concurrently; Three (3) years of supervised release, with conditions, at Counts 1 and 4 and five (5) years of supervised release at Count 6, with conditions, to run concurrently with each other; No fine or costs; Special assessment of $100.00 imposed at each count, for a total assessment of $300.00

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

Assigned to: Chief Judge Gary L. Lancaster

**Defendant (5)**
**ANTHONY CERCONE**                    represented by **Robert E. Stewart**
*TERMINATED: 07/27/2012*                                428 Forbes Avenue
*also known as*                                          1710 Lawyers Building

CHICK
*TERMINATED: 07/27/2012*

Pittsburgh, PA 15219
(412) 471-1957
Email:
restjs614@hotmail.com
*ATTORNEY TO BE*
*NOTICED*
*Designation: CJA*
*Appointment*

## Pending Counts

21 U.S.C. 841(a)(1) and 841
(b)(1)(C) POSSESSION
WITH INTENT TO
DISTRIBUTE LESS THAN
500 GRAMS OF A
MIXTURE AND
SUBSTANCE
CONTAINING A
DETECTABLE AMOUNT
OF COCAINE.
(3)

21 U.S.C. 841(a)(1) and 841
(b)(1)(C) POSSESSION
WITH INTENT TO
DISTRIBUTE LESS THAN
500 GRAMS OF A
MIXTURE AND
SUBSTANCE
CONTAINING A
DETECTABLE AMOUNT
OF COCAINE.
(5)

21 U.S.C. 846
CONSPIRACY TO
POSSESS WITH INTENT
TO DISTRIBUTE AND

## Disposition

12 months, plus one (1) day,
of incarceration, and three (3)
years of supervised release,
with conditions, at each
count, with all terms running
concurrently; No fine or
costs; Special Assessment of
$100.00 at each count
imposed

12 months, plus one (1) day,
of incarceration, and three (3)
years of supervised release,
with conditions, at each
count, with all terms running
concurrently; No fine or
costs; Special Assessment of
$100.00 at each count
imposed

12 months, plus one (1) day,
of incarceration, and three (3)
years of supervised release,

DISTRIBUTION OF 5
KILOGRAMS OR MORE
OF A MIXTURE AND
SUBSTANCE
CONTAINING A
DETECTABLE AMOUNT
OF COCAINE.
(6)

with conditions, at each
count, with all terms running
concurrently; No fine or
costs; Special Assessment of
$100.00 at each count
imposed

**Highest Offense Level
(Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level
(Terminated)**

None

**Complaints**

None

**Disposition**

---

**Plaintiff**

**USA**

represented by **Barbara K. Doolittle**
US Attorney's Office, WPA
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
412-894-7484
Email:
Barbara.Doolittle@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 12/03/2009 | 9 | COMPLAINT as to ANTHONY FRANELL (1). (Attachments: # 1 Affidavit) (lck, )[2:09-mj-00629-RCM *SEALED*] (Entered: 12/03/2009) |
| 12/03/2009 | 10 | MOTION AND ORDER to Seal Complaint as to ANTHONY FRANELL. Signed by Judge Robert C. Mitchell on 12/3/09. (lck, )[2:09-mj-00629-RCM *SEALED*] (Entered: 12/03/2009) |
| 12/03/2009 | 11 | Minute Entry for proceedings held before Judge Robert C. Mitchell: Initial Appearance as to ANTHONY FRANELL held on 12/3/2009, (Preliminary Examination set for 12/10/2009 01:00 PM before Lisa Pupo Lenihan.) (Tape #: 2:11-2:21) (lck, )[2:09-mj-00629-RCM *SEALED*] (Entered: 12/03/2009) |
| 12/03/2009 | 12 | CJA 23 Financial Affidavit by ANTHONY FRANELL (lck, )[2:09-mj-00629-RCM *SEALED*] (Entered: 12/03/2009) |
| 12/03/2009 | 13 | ORDER Setting Conditions of Release - $50,000 Unsecured with standard conditions. Signed by Judge Robert C. Mitchell on 12/3/09. (lck, ) [2:09-mj-00629-RCM *SEALED*] (Entered: 12/03/2009) |
| 12/03/2009 | 14 | Appearance Bond Entered as to ANTHONY FRANELL in amount of $50,000 Unsecured. (lck, )[2:09-mj-00629-RCM *SEALED*] (Entered: 12/03/2009) |
| 12/03/2009 | 15 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to ANTHONY FRANELL; Appointed attorney W. Penn Hackney for ANTHONY FRANELL. Signed by Judge Robert C. Mitchell on 12/3/09. (lck, )[2:09-mj-00629- |

| | | | RCM *SEALED*] (Entered: 12/04/2009) |
|---|---|---|---|
| 12/03/2009 | | 1 | COMPLAINT as to SHANE HENNEN (1). (Attachments: # 1 Affidavit) (lck, ) [2:09-mj-00628-RCM *SEALED*] (Entered: 12/03/2009) |
| 12/03/2009 | | 2 | MOTION AND ORDER TO SEAL as to SHANE HENNEN. Signed by Judge Robert C. Mitchell on 12/3/09. (lck, ) [2:09-mj-00628-RCM *SEALED*] (Entered: 12/03/2009) |
| 12/03/2009 | | 3 | NOTICE OF ATTORNEY APPEARANCE: Mark D. Lancaster appearing for SHANE HENNEN (lck, ) [2:09-mj-00628-RCM *SEALED*] (Entered: 12/03/2009) |
| 12/03/2009 | | 4 | Minute Entry for proceedings held before Judge Robert C. Mitchell: Initial Appearance as to SHANE HENNEN held on 12/3/2009, (Preliminary Examination set for 12/10/2009 01:00 PM before Lisa Pupo Lenihan.) (Tape #: 2:11-2:21) (lck, ) [2:09-mj-00628-RCM *SEALED*] (Entered: 12/03/2009) |
| 12/03/2009 | | 5 | ORDER Setting Conditions of Release as to SHANE HENNEN (1) $50,000 Unsecured. Signed by Judge Robert C. Mitchell on 12/3/09. (lck, ) [2:09-mj-00628-RCM *SEALED*] (Entered: 12/03/2009) |
| 12/03/2009 | | 6 | Appearance Bond Entered as to SHANE HENNEN in amount of $50,000 Unsecured. (lck, ) [2:09-mj-00628-RCM *SEALED*] (Entered: 12/03/2009) |
| 12/10/2009 | | 16 | WAIVER of Preliminary Examination or Hearing by ANTHONY FRANELL. (jmb)[2:09-mj-00629-RCM *SEALED*] (Entered: 12/10/2009) |
| 12/10/2009 | | 7 | WAIVER of Preliminary Examination or |

| | | |
|---|---|---|
| | | Hearing by SHANE HENNEN. (jmb) [2:09-mj-00628-RCM *SEALED*] (Entered: 12/10/2009) |
| 12/11/2009 | 8 | Errata re 7 Waiver of Preliminary Examination. Reason for correction: The signatures on the original document were not visible. This entry corrects that problem. (jmb) [2:09-mj-00628-RCM *SEALED*] (Entered: 12/11/2009) |
| 12/29/2009 | 17 | INDICTMENT as to SHANE HENNEN (1) count 1, ANTHONY FRANELL (2) count 2. (Attachments: # 1 Certification and Notice for Filing Pretrial Motions as to Shane Hennen, # 2 Certification and Notice for Filing Pretrial Motions as to Anthony Franell, # 3 Arraignment Plea as to Shane Hennen, # 4 Arraignment Plea as to Anthony Franell, # 5 Criminal Case Info Sheet as to Shane Hennen, # 6 Criminal Case Info Sheet as to Anthony Franell) (ksa) (Entered: 12/29/2009) |
| 12/29/2009 | 18 | INDICTMENT Memorandum as to SHANE HENNEN, ANTHONY FRANELL. (ksa) (Entered: 12/29/2009) |
| 12/29/2009 | 19 | NOTICE OF ARRAIGNMENT as to SHANE HENNEN. Arraignment set for 1/5/2010 10:00 AM in Courtroom 9C before Amy Reynolds Hay. (ksa) (Entered: 12/29/2009) |
| 12/29/2009 | 20 | NOTICE OF ARRAIGNMENT as to ANTHONY FRANELL. Arraignment set for 1/5/2010 10:30 AM in Courtroom 9C before Amy Reynolds Hay. (ksa) (Entered: 12/29/2009) |
| 01/11/2010 | 21 | MOTION to Unseal Case (except for affidavits filed in support of criminal complaints) by USA as to SHANE HENNEN, ANTHONY FRANELL. (sdm, ) (Entered: 01/14/2010) |
| 01/11/2010 | 22 | ORDER granting 21 Motion to Unseal Case, |

| | | | |
|---|---|---|---|
| | | | with the exception of the affidavits filed in support of the criminal complaints, which will remain sealed, as to SHANE HENNEN (1), ANTHONY FRANELL (2). Signed by Judge Amy Reynolds Hay on 1/11/2010. (sdm, ) (Entered: 01/14/2010) |
| 01/11/2010 | | 27 | MOTION for Writ of Habeas Corpus ad prosequendum, by USA as to ANTHONY FRANELL for proceeding on 1-25-10 at 9:30 am. (sdm, ) (Entered: 01/14/2010) |
| 01/11/2010 | | 28 | ORDER granting 27 Motion for Writ of Habeas Corpus ad prosequendum as to ANTHONY FRANELL (2). Signed by Judge Amy Reynolds Hay on 1/11/2010. (sdm, ) (Entered: 01/14/2010) |
| 01/11/2010 | | | Writ of Habeas Corpus ad Prosequendum Issued as to ANTHONY FRANELL for 1-25-10 proceeding. 5 Certified copies hand carried to US Marshal. (sdm, ) (Entered: 01/14/2010) |
| 01/12/2010 | | 23 | Minute Entry for proceedings held before Judge Amy Reynolds Hay: Arraignment as to SHANE HENNEN (1) Count 1 held on 1/12/2010. Defendant pleads Not Guilty. (Tape #: 1:10 - 1:15) (sdm, ) (Entered: 01/14/2010) |
| 01/12/2010 | | 24 | CERTIFICATION AND NOTICE FOR FILING PRETRIAL MOTIONS. All pretrial motions to be filed within 14 days of arraignment. Signed by counsel for SHANE HENNEN (sdm, ) (Entered: 01/14/2010) |
| 01/12/2010 | | 25 | Receipt for Local Rule 16.1 Material as to SHANE HENNEN (sdm, ) (Entered: 01/14/2010) |
| 01/12/2010 | | 26 | MAGISTRATE JUDGE'S REPORT ON ARRAIGNMENT as to SHANE HENNEN (sdm, ) (Entered: 01/14/2010) |

| 01/25/2010 | 29 | Minute Entry for proceedings held before Judge Robert C. Mitchell: Arraignment as to ANTHONY FRANELL (2) Count 2 held on 1/25/2010. Defendant pleads Not Guilty. (Tape #: 9:40-9:44) (lck, ) (Entered: 01/25/2010) |
|---|---|---|
| 01/25/2010 | 30 | MAGISTRATE JUDGE'S REPORT ON ARRAIGNMENT as to ANTHONY FRANELL, CERTIFICATION AND NOTICE FOR FILING PRETRIAL MOTIONS. All pretrial motions to be filed within 14 days of arraignment. Signed by counsel for ANTHONY FRANELL (lck, ) (Entered: 01/25/2010) |
| 01/26/2010 | 31 | Writ of Habeas Corpus ad Prosequendum Returned Executed as to ANTHONY FRANELL on 1/25/2010. (ksa) (Entered: 01/26/2010) |
| 01/28/2010 | 32 | First MOTION for Extension of Time to File *Pretrial Motions* by SHANE HENNEN. (Attachments: # 1 Proposed Order) (Lancaster, Mark) (Entered: 01/28/2010) |
| 01/29/2010 | 33 | ORDER granting 32 Motion for Extension of Time to File Pretrial Motions as to SHANE HENNEN (1). Pretrial Motions due by 2/26/2010. Signed by Judge Terrence F. McVerry on 1/29/2010. (kly) (Entered: 01/29/2010) |
| 02/08/2010 | 34 | MOTION for Extension of Time *for Filing Pretrial Motions* by ANTHONY FRANELL. (Attachments: # 1 Proposed Order) (Hackney, W.) (Entered: 02/08/2010) |
| 02/09/2010 | 35 | ORDER granting 34 Motion for Extension of Time to File Pretrial Motions as to ANTHONY FRANELL (2). Pretrial Motions due by 4/9/2010. Signed by Judge Terrence F. McVerry on 2/9/2010. (kly) (Entered: 02/09/2010) |

| 02/16/2010 | 36 | MOTION for Leave to File Document Under Seal by USA as to SHANE HENNEN. (Attachments: # 1 Proposed Order) (Swartz, Barbara) (Entered: 02/16/2010) |
|---|---|---|
| 02/16/2010 | 37 | ORDER granting 36 Motion for Leave to File a Sealed Document as to SHANE HENNEN (1). Signed by Judge Terrence F. McVerry on 2/16/2010. (kly) (Entered: 02/16/2010) |
| 02/16/2010 | 38 | SEALED MOTION by USA as to SHANE HENNEN. (Attachments: # 1 Proposed Order) (ksa) (Entered: 02/16/2010) |
| 02/17/2010 | 39 | ORDER granting 38 Sealed Motion as to SHANE HENNEN (1). Signed by Judge Terrence F. McVerry on 2/17/2010. (kly) (Entered: 02/17/2010) |
| 02/22/2010 | 40 | Receipt for Local Rule 16.1 Material as to ANTHONY FRANELL (Swartz, Barbara) (Entered: 02/22/2010) |
| 02/23/2010 | | ***Case sealed as to SHANE HENNEN, ANTHONY FRANELL. (ksa) (Entered: 02/24/2010) |
| 02/23/2010 | 41 | MOTION to Seal Case by USA as to SHANE HENNEN, ANTHONY FRANELL. (ksa) (Entered: 02/24/2010) |
| 02/23/2010 | 42 | ORDER granting 41 Motion to Seal Case as to SHANE HENNEN (1), ANTHONY FRANELL (2). Signed by Magistrate Judge Lisa Pupo Lenihan on 2/23/2010. (ksa) (Entered: 02/24/2010) |
| 02/23/2010 | 43 | SUPERSEDING INDICTMENT as to SHANE HENNEN (1) counts 1s, 6s, ANTHONY FRANELL (2) count 2s, DENNIS CERCONE (3) counts 1, 6, JAMES CERCONE (4) counts 1, |

| | | |
|---|---|---|
| | | 4, 6, ANTHONY CERCONE (5) counts 3, 5, 6. (Attachments: # 1 Certification and Notice for Filing Pretrial Motions as to Shane Hennen, # 2 Certification and Notice for Filing Pretrial Motions as to Anthony Franell, # 3 Certification and Notice for Filing Pretrial Motions as to Dennis Cercone, # 4 Certification and Notice for Filing Pretrial Motions as to James Cercone, # 5 Certification and Notice for Filing Pretrial Motions as to Anthony Cercone, # 6 Arraignment Plea as to Shane Hennen, # 7 Arraignment Plea as to Anthony Franell, # 8 Arraignment Plea as to Dennis Cercone, # 9 Arraignment Plea as to James Cercone, # 10 Arraignment Plea as to Anthony Cercone, # 11 Criminal Case Info Sheet as to Shane Hennen, # 12 Criminal Case Info Sheet as to Anthony Franell, # 13 Criminal Case Info Sheet as to Dennis Cercone, # 14 Criminal Case Info Sheet as to James Cercone, # 15 Criminal Case Info Sheet as to Anthony Cercone) (ksa) (Entered: 02/24/2010) |
| 02/23/2010 | 44 | SUPERSEDING INDICTMENT Memorandum as to SHANE HENNEN, ANTHONY FRANELL, DENNIS CERCONE, JAMES CERCONE, ANTHONY CERCONE. (ksa) (Entered: 02/24/2010) |
| 02/23/2010 | 45 | MOTION for Arrest Warrants by USA as to DENNIS CERCONE, JAMES CERCONE, ANTHONY CERCONE. (ksa) (Entered: 02/24/2010) |
| 02/23/2010 | 46 | ORDER granting 45 Motion for Warrants as to DENNIS CERCONE (3), JAMES CERCONE (4), ANTHONY CERCONE (5). Signed by Magistrate Judge Lisa Pupo Lenihan on 2/23/2010. (ksa) (Entered: 02/24/2010) |

| 02/24/2010 | 47 | NOTICE OF ARRAIGNMENT as to SHANE HENNEN, ANTHONY FRANELL. Arraignment set for 3/3/2010 09:30 AM in Courtroom 9A before Cathy Bissoon (ksa) (Entered: 02/24/2010) |
|---|---|---|
| 02/24/2010 | 48 | NOTICE OF ARRAIGNMENT as to SHANE HENNEN. Arraignment set for 3/3/2010 09:30 AM in Courtroom 9A before Cathy Bissoon. (ksa) (Entered: 02/24/2010) |
| 02/24/2010 | 49 | NOTICE OF ARRAIGNMENT as to ANTHONY FRANELL. Arraignment set for 3/3/2010 09:30 AM in Courtroom 9A before Cathy Bissoon. (ksa) (Entered: 02/24/2010) |
| 02/24/2010 | | Remark: Arrest warrants issued as to DENNIS CERCONE, JAMES CERCONE, ANTHONY CERCONE. (ksa) (Entered: 03/02/2010) |
| 02/25/2010 | 50 | ORDER OF RECUSAL Judge Terrence F. McVerry recused. Signed by Judge Terrence F. McVerry on 2/25/2010. (kly) (Entered: 02/25/2010) |
| 02/25/2010 | | Judge update in case as to DENNIS CERCONE, JAMES CERCONE, ANTHONY CERCONE, SHANE HENNEN, ANTHONY FRANELL. Judge Gary L. Lancaster added. (jls) (Entered: 02/25/2010) |
| 02/25/2010 | 51 | Minute Entry for proceedings held before Judge Cathy Bissoon: Initial Appearance as to ANTHONY CERCONE held on 2/25/2010, (Arraignment set for 3/2/2010 10:30 AM before Cathy Bissoon, Detention Hearing set for 3/2/2010 10:30 AM before Cathy Bissoon) (Tape #: 11:37) (lck, ) (Entered: 02/25/2010) |
| 02/25/2010 | 52 | CJA 23 Financial Affidavit by ANTHONY CERCONE (lck, ) (Entered: 02/25/2010) |

| | | |
|---|---|---|
| 02/25/2010 | 53 | Government's Request for Detention as to ANTHONY CERCONE (lck, ) (Entered: 02/25/2010) |
| 02/25/2010 | 54 | ORDER of Temporary Detention as to ANTHONY CERCONE. Signed by Judge Lisa Pupo Lenihan on 2/25/10. (lck, ) (Entered: 02/25/2010) |
| 02/26/2010 | 55 | CJA 20 as to ANTHONY CERCONE: Appointment of Attorney Robert E. Stewart for ANTHONY CERCONE. Signed by Judge Cathy Bissoon on 2/26/10. (jhi ) (Entered: 02/26/2010) |
| 02/26/2010 | 56 | MOTION for Extension of Time to File Pretrial Motions by SHANE HENNEN. (Attachments: # 1 Proposed Order) (ksa) (Entered: 02/26/2010) |
| 03/02/2010 | 57 | MOTION to Unseal Case by USA as to DENNIS CERCONE, JAMES CERCONE, ANTHONY CERCONE, SHANE HENNEN, ANTHONY FRANELL. (lck, ) (Entered: 03/02/2010) |
| 03/02/2010 | 58 | ORDER granting 57 Motion to Unseal Case as to SHANE HENNEN (1), ANTHONY FRANELL (2), DENNIS CERCONE (3), JAMES CERCONE (4), ANTHONY CERCONE (5). Signed by Judge Cathy Bissoon on 10/2/10. (lck, ) (Entered: 03/02/2010) |
| 03/02/2010 | 59 | NOTICE OF ATTORNEY APPEARANCE: James E. DePasquale appearing for JAMES CERCONE (lck, ) (Entered: 03/02/2010) |
| 03/02/2010 | 60 | NOTICE OF ATTORNEY APPEARANCE: William H. Difenderfer appearing for DENNIS CERCONE (lck, ) (Entered: 03/02/2010) |
| 03/02/2010 | 61 | Minute Entry for proceedings held before Judge Cathy Bissoon: Initial Appearance as to DENNIS CERCONE held on 3/2/2010, |

| | | |
|---|---|---|
| | | (Arraignment set for 3/5/2010 09:30 AM before Cathy Bissoon, Detention Hearing set for 3/5/2010 09:30 AM before Cathy Bissoon) (Tape #: 9:23-9:32) (lck, ) (Entered: 03/02/2010) |
| 03/02/2010 | 62 | Government's Request for Detention as to DENNIS CERCONE (lck, ) (Entered: 03/02/2010) |
| 03/02/2010 | 63 | ORDER Scheduling Detention Hearing as to DENNIS CERCONE. Signed by Judge Cathy Bissoon on 3/2/10. (lck, ) (Entered: 03/02/2010) |
| 03/02/2010 | 64 | MAGISTRATE JUDGE'S REPORT ON ARRAIGNMENT as to ANTHONY CERCONE, CERTIFICATION AND NOTICE FOR FILING PRETRIAL MOTIONS. All pretrial motions to be filed within 14 days of arraignment. Signed by counsel for ANTHONY CERCONE. (jhi) (Entered: 03/02/2010) |
| 03/02/2010 | 65 | Minute Entry for proceedings held before Judge Cathy Bissoon: Arraignment as to ANTHONY CERCONE (5) Count(s) 3, 5, 6 held on 3/2/2010. Defendant pleads Not Guilty. (Court Reporter: None) (jhi) (Entered: 03/02/2010) |
| 03/02/2010 | 66 | Minute Entry for proceedings held before Judge Cathy Bissoon: Detention Hearing as to ANTHONY CERCONE held on 3/2/2010 (Court Reporter: Virginia Pease) (jhi) (Entered: 03/02/2010) |
| 03/02/2010 | 67 | ORDER Setting Conditions of Release as to ANTHONY CERCONE (5), $50,000 Unsecured with further conditions of release. Signed by Judge Cathy Bissoon on 3/1/10. (jhi) (Entered: 03/02/2010) |
| 03/02/2010 | 68 | Unsecured Bond Entered as to ANTHONY CERCONE in amount of $50,000. (jhi) (Entered: |

| | | |
|---|---|---|
| | | 03/02/2010) |
| 03/02/2010 | 69 | ORDER granting 56 Motion for Extension of Time to File as to SHANE HENNEN (1); Pretrial Motions due by 3/26/2010; Period of time from 2/26/2010 to 3/26/2010 shall be deemed excludable delay. Signed by Chief Judge Gary L. Lancaster on 3/1/10. (map) (Entered: 03/02/2010) |
| 03/02/2010 | 70 | MOTION TO CONTINUE AND ORDER APPROVING as to DENNIS CERCONE, Arraignment Detention Hearing set for 3/8/2010 11:15 AM before Cathy Bissoon. Signed by Judge Cathy Bissoon on 3/2/10. (jhi) (Entered: 03/02/2010) |
| 03/03/2010 | 71 | MAGISTRATE JUDGE'S REPORT ON ARRAIGNMENT as to SHANE HENNEN, CERTIFICATION AND NOTICE FOR FILING PRETRIAL MOTIONS. All pretrial motions to be filed within 14 days of arraignment. Signed by counsel for SHANE HENNEN. (jhi) (Entered: 03/03/2010) |
| 03/03/2010 | 72 | Minute Entry for proceedings held before Judge Cathy Bissoon: Arraignment as to SHANE HENNEN (1) Count(s) 1s, 6s held on 3/3/2010. Defendant pleads Not Guilty. (Court Reporter: None) (jhi) (Entered: 03/03/2010) |
| 03/03/2010 | 73 | APPLICATION AND ORDER APPROVING WRIT FOR HCAP as to ANTHONY FRANELL, Initial Appearance set for 3/31/2010 09:45 AM before Lisa Pupo Lenihan. Signed by Judge Cathy Bissoon on 3/3/10. (jhi) (Entered: 03/03/2010) |
| 03/03/2010 | | Writ Issued as to ANTHONY FRANELL. 5 certified orders/writs 73 to U.S. Marshal with |

| | | | |
|---|---|---|
| | | | info sheet on this date. (jhi) (Entered: 03/03/2010) |
| 03/08/2010 | 74 | MAGISTRATE JUDGE'S REPORT ON ARRAIGNMENT as to DENNIS CERCONE, Receipt for Local Rule 16.1 Material as to DENNIS CERCONE. (jhi) (Entered: 03/08/2010) |
| 03/08/2010 | 75 | Minute Entry for proceedings held before Judge Cathy Bissoon: Arraignment as to DENNIS CERCONE (3) Counts 1, 6 held on 3/8/2010. Defendant pleads Not Guilty. (Court Reporter: None) (jhi) (Entered: 03/08/2010) |
| 03/08/2010 | 76 | Minute Entry for proceedings held before Judge Cathy Bissoon: Detention Hearing as to DENNIS CERCONE held on 3/8/2010 (Court Reporter: None) (jhi) (Entered: 03/08/2010) |
| 03/08/2010 | 77 | WAIVER of Detention Hearing by DENNIS CERCONE. The government's motion for detention is granted pending further consideration if and when the issue of bail becomes relevant. (Bissoon,M.J.) (jhi) (Entered: 03/08/2010) |
| 03/16/2010 | 78 | MOTION for Extension of Time to File *Pre-Trial Motions* by ANTHONY CERCONE. (Attachments: # 1 Proposed Order) (Stewart, Robert) (Entered: 03/16/2010) |
| 03/16/2010 | 79 | ORDER granting 78 Motion for Extension of Time to File Pretrial Motions as to ANTHONY CERCONE (5); Pretrial Motions due by 6/14/2010; All extended time deemed excludable delay. Signed by Chief Judge Gary L. Lancaster on 3/16/10. (map) (Entered: 03/16/2010) |
| 03/16/2010 | 80 | First MOTION for Extension of Time to File *Pretrial Motions* by DENNIS CERCONE. |

| | | |
|---|---|---|
| | | (Attachments: # <u>1</u> Proposed Order) (Difenderfer, William) (Entered: 03/16/2010) |
| 03/17/2010 | <u>81</u> | ORDER granting <u>80</u> First Motion for Extension of Time to File Pretrial Motions as to DENNIS CERCONE (3); Pretrial Motions due by 6/16/2010; All extended time deemed excludable delay. Signed by Chief Judge Gary L. Lancaster on 3/16/10. (map) (Entered: 03/17/2010) |
| 03/17/2010 | <u>82</u> | Writ of Habeas Corpus ad Prosequendum as to ANTHONY FRANELL Returned Unexecuted. (ksa) (Entered: 03/17/2010) |
| 03/26/2010 | <u>83</u> | MOTION for Extension of Time to File *Pretrial Motions* by SHANE HENNEN. (Attachments: # <u>1</u> Proposed Order) (Lancaster, Mark) (Entered: 03/26/2010) |
| 03/26/2010 | <u>84</u> | ORDER granting <u>83</u> Motion for Extension of Time to File as to SHANE HENNEN (1); Pretrial Motions due by 4/26/2010; All extended time deemed excludable delay. Signed by Chief Judge Gary L. Lancaster on 3/26/10. (map) (Entered: 03/26/2010) |
| 03/29/2010 | <u>85</u> | Supplemental Receipt for Local Rule 16.1 Material as to ANTHONY CERCONE (Swartz, Barbara) Modified on 3/30/2010 to add additional docket text. (ksa) (Entered: 03/29/2010) |
| 03/29/2010 | <u>86</u> | Receipt for Local Rule 16.1 Material as to DENNIS CERCONE (Swartz, Barbara) (Entered: 03/29/2010) |
| 03/31/2010 | <u>87</u> | Minute Entry for proceedings held before Judge Lisa Pupo Lenihan: Arraignment as to ANTHONY FRANELL (2) Count 2s held on 3/31/2010. Defendant pleads Not Guilty. (Tape #: 3/31) (lck, ) (Entered: 04/01/2010) |

| 03/31/2010 | 88 | MAGISTRATE JUDGE'S REPORT ON ARRAIGNMENT as to ANTHONY FRANELL, CERTIFICATION AND NOTICE FOR FILING PRETRIAL MOTIONS. All pretrial motions to be filed within 14 days of arraignment. Signed by counsel for ANTHONY FRANELL (lck, ) (Entered: 04/01/2010) |
|---|---|---|
| 04/05/2010 | 89 | Minute Entry for proceedings held before Judge Lisa Pupo Lenihan: Initial Appearance as to JAMES CERCONE held on 4/5/2010, (Arraignment set for 4/7/2010 09:30 AM before Cathy Bissoon, Detention Hearing set for 4/7/2010 09:30 AM before Cathy Bissoon) (Tape #: 4:45-5:00) (lck, ) (Entered: 04/06/2010) |
| 04/05/2010 | 90 | Government's Request for Detention as to JAMES CERCONE (lck, ) (Entered: 04/06/2010) |
| 04/05/2010 | 91 | ORDER of Detention as to JAMES CERCONE. Signed by Judge Lisa Pupo Lenihan on 4/5/10. (lck, ) (Entered: 04/06/2010) |
| 04/07/2010 | 92 | MAGISTRATE JUDGE'S REPORT ON ARRAIGNMENT as to JAMES CERCONE, CERTIFICATION AND NOTICE FOR FILING PRETRIAL MOTIONS. All pretrial motions to be filed within 14 days of arraignment. Signed by counsel for JAMES CERCONE, Receipt for Local Rule 16.1 Material as to JAMES CERCONE. (jhi) (Entered: 04/07/2010) |
| 04/07/2010 | 93 | Minute Entry for proceedings held before Judge Cathy Bissoon: Arraignment as to JAMES CERCONE (4) Count(s) 1, 4, 6 held on 4/7/2010. Defendant pleads Not Guilty. (Court Reporter: None) (jhi) (Entered: 04/07/2010) |
| 04/07/2010 | 94 | Minute Entry for proceedings held before Judge |

| | | Cathy Bissoon: Detention Hearing as to JAMES CERCONE held on 4/7/2010 (Court Reporter: Patty Sherman) (jhi) (Entered: 04/07/2010) |
|---|---|---|
| 04/07/2010 | 95 | ORDER of Detention Pending Trial as to JAMES CERCONE. Signed by Judge Cathy Bissoon on 4/7/10. (jhi) (Entered: 04/07/2010) |
| 04/09/2010 | 96 | Arrest Warrant Returned Executed on 4/5/2010 in case as to JAMES CERCONE. (tt) (Entered: 04/09/2010) |
| 04/14/2010 | 97 | MOTION for Extension of Time *for Filing Pretrial Motions* by ANTHONY FRANELL. (Attachments: # 1 Proposed Order) (Hackney, W.) (Entered: 04/14/2010) |
| 04/14/2010 | 98 | ORDER granting 97 Motion for Extension of Time as to ANTHONY FRANELL (2); Pretrial Motions due by 6/14/2010; Period of time from 4/9/2010 to 6/14/2010 deemed excludable delay. Signed by Chief Judge Gary L. Lancaster on 4/14/10. (map) (Entered: 04/14/2010) |
| 04/26/2010 | 99 | MOTION for Extension of Time to File *Pretrial Motions* by SHANE HENNEN. (Attachments: # 1 Proposed Order) (Lancaster, Mark) (Entered: 04/26/2010) |
| 04/26/2010 | 100 | ORDER granting 99 Motion for Extension of Time to File as to SHANE HENNEN (1); Pretrial Motions due by 5/26/2010; All extended time deemed excludable delay. Signed by Chief Judge Gary L. Lancaster on 4/26/10. (map) (Entered: 04/26/2010) |
| 05/25/2010 | 101 | MOTION for Extension of Time to File *Pretrial Motions* by SHANE HENNEN. (Attachments: # 1 Proposed Order) (Lancaster, Mark) (Entered: 05/25/2010) |
| | | |

| 05/26/2010 | 102 | ORDER granting 101 Motion for Extension of Time to File as to SHANE HENNEN (1); Pretrial Motions due by 6/26/2010; All extended time deemed excludable delay. Signed by Chief Judge Gary L. Lancaster on 5/26/10. (map) (Entered: 05/26/2010) |
| --- | --- | --- |
| 06/15/2010 | 103 | MOTION for Extension of Time *to file Pre-Trial Motions* by ANTHONY CERCONE. (Attachments: # 1 Proposed Order) (Stewart, Robert) (Entered: 06/15/2010) |
| 06/15/2010 | 104 | ORDER granting 103 Motion for Extension of Time to File Pretrial Motions as to ANTHONY CERCONE (5); Pretrial Motions due by 9/13/2010; Period of time from 6/14/2010 to 9/13/2010 deemed excludable delay. Signed by Chief Judge Gary L. Lancaster on 6/15/10. (map) (Entered: 06/15/2010) |
| 06/16/2010 | 105 | Second MOTION for Extension of Time to File *Pretrial Motions* by DENNIS CERCONE. (Attachments: # 1 Proposed Order) (Difenderfer, William) (Entered: 06/16/2010) |
| 06/16/2010 | 106 | ORDER granting 105 Motion for Extension of Time to File Pretrial Motions as to DENNIS CERCONE (3); Pretrial Motions due by 8/16/2010; All extended time deemed excludable delay. Signed by Chief Judge Gary L. Lancaster on 6/16/10. (map) (Entered: 06/16/2010) |
| 06/16/2010 | 107 | MOTION for Extension of Time *for Filing Pretrial Motions* by ANTHONY FRANELL. (Attachments: # 1 Proposed Order) (Hackney, W.) (Entered: 06/16/2010) |
| 06/16/2010 | 108 | ORDER granting 107 Motion for Extension of Time as to ANTHONY FRANELL (2); Pretrial Motions due by 8/13/2010; Period of time from |

| | | |
|---|---|---|
| | | 6/14/2010 to 8/13/2010 deemed excludable delay. Signed by Chief Judge Gary L. Lancaster on 6/16/10. (map) (Entered: 06/16/2010) |
| 07/14/2010 | 109 | MOTION for Extension of Time to File *Pretrial Motions* by SHANE HENNEN. (Attachments: # 1 Proposed Order) (Lancaster, Mark) (Entered: 07/14/2010) |
| 07/16/2010 | 110 | ORDER granting 109 Nunc Pro Tunc Motion for Extension of Time as to SHANE HENNEN (1); Pretrial Motions due by 8/26/2010; Period of time from 6/26/2010 to 8/26/2010 deemed excludable delay. Signed by Chief Judge Gary L. Lancaster on 7/16/10. (map) (Entered: 07/16/2010) |
| 08/12/2010 | 111 | MOTION for Extension of Time *for Filing Pretrial Motions* by ANTHONY FRANELL. (Attachments: # 1 Proposed Order) (Hackney, W.) (Entered: 08/12/2010) |
| 08/16/2010 | 112 | Third MOTION for Extension of Time to File *Pretrial Motions* by DENNIS CERCONE. (Attachments: # 1 Proposed Order) (Difenderfer, William) (Entered: 08/16/2010) |
| 08/22/2010 | 113 | ORDER granting 111 Motion for Extension of Time as to ANTHONY FRANELL (2); Pretrial Motions due by 10/12/2010; Period of time from 8/13/2010 to 10/12/2010 deemed excludable delay. Signed by Chief Judge Gary L. Lancaster on 8/20/10. (map) (Entered: 08/22/2010) |
| 08/22/2010 | 114 | ORDER granting 112 Motion for Extension of Time to File Pretrial Motions as to DENNIS CERCONE (3); Pretrial Motions due by 9/15/2010; Period of time from 8/16/2010 to 9/15/2010 deemed excludable delay. Signed by Chief Judge Gary L. Lancaster on 8/20/10. (map) |

| | | |
|---|---|---|
| | | (Entered: 08/22/2010) |
| 08/27/2010 | 115 | MOTION for Extension of Time to File *Pretrial Motions* by SHANE HENNEN. (Attachments: # 1 Proposed Order) (Lancaster, Mark) (Entered: 08/27/2010) |
| 08/27/2010 | 116 | ORDER granting 115 Motion to Extend Time To File Pretrial Motions as to SHANE HENNEN (1); Pretrial Motions due by 10/11/2010; Period of time from 8/26/2010 to 10/11/2010 deemed excludable delay. Signed by Chief Judge Gary L. Lancaster on 8/27/10. (map) (Entered: 08/27/2010) |
| 09/10/2010 | 117 | MOTION for Extension of Time *to File Pre-Trial Motions* by ANTHONY CERCONE. (Attachments: # 1 Proposed Order) (Stewart, Robert) (Entered: 09/10/2010) |
| 09/13/2010 | 118 | Fourth MOTION for Extension of Time to File *Pretrial Motions* by DENNIS CERCONE. (Attachments: # 1 Proposed Order) (Difenderfer, William) (Entered: 09/13/2010) |
| 09/13/2010 | 119 | ORDER granting 118 Motion for Extension of Time to File Pretrial Motions as to DENNIS CERCONE (3); Pretrial Motions due by 10/15/2010; All extended time deemed excludable delay. Signed by Chief Judge Gary L. Lancaster on 9/13/10. (map) (Entered: 09/13/2010) |
| 09/14/2010 | 120 | ORDER granting 117 Motion for Extension of Time to File Pretrial Motions as to ANTHONY CERCONE (5); Pretrial Motions due by 12/13/2010; Period of time from 9/13/2010 to 12/13/2010 deemed excludable delay. Signed by Chief Judge Gary L. Lancaster on 9/14/10. (map) (Entered: 09/14/2010) |
| | | |

| 09/29/2010 | 121 | ORDER setting Change of Plea Hearing as to DENNIS CERCONE for 10/15/2010 at 11:00 AM in Courtroom 3A. Signed by Chief Judge Gary L. Lancaster on 9/29/10. (map) (Entered: 09/29/2010) |
|---|---|---|
| 10/13/2010 | 122 | MOTION for Extension of Time *for Filing Pretrial Motions* by ANTHONY FRANELL. (Attachments: # 1 Proposed Order) (Hackney, W.) (Entered: 10/13/2010) |
| 10/13/2010 | 123 | ORDER granting 122 Motion for Extension of Time as to ANTHONY FRANELL (2); Pretrial Motions due by 12/13/2010; All extended time deemed excludable delay. Signed by Chief Judge Gary L. Lancaster on 10/13/10. (map) (Entered: 10/13/2010) |
| 10/15/2010 | 124 | MOTION for Extension of Time to File *Pretrial Motions* by SHANE HENNEN. (Attachments: # 1 Proposed Order) (Lancaster, Mark) (Entered: 10/15/2010) |
| 10/15/2010 | 125 | ORDER granting 124 Motion to Extend Time To File Pretrial Motions as to SHANE HENNEN (1); Pretrial Motions due by 12/13/2010; Period of time from 10/11/2010 to 12/13/2010 deemed excludable delay. Signed by Chief Judge Gary L. Lancaster on 10/15/10. (map) (Entered: 10/15/2010) |
| 10/16/2010 | 126 | Minute Entry for Change of Plea Hearing as to DENNIS CERCONE held on 10/15/2010 before Chief Judge Gary L. Lancaster (Court Reporter: Virginia Pease). (map) (Entered: 10/16/2010) |
| 10/16/2010 | 127 | CHANGE OF PLEA ENTERED: Defendant DENNIS CERCONE withdraws plea of not guilty and pleads guilty to Counts 1 and 6. (map) (Entered: 10/16/2010) |
| | | |

| 10/16/2010 | 128 | PRESENTENCE ORDER as to DENNIS CERCONE. Signed by Chief Judge Gary L. Lancaster on 10/15/10. (map) (Entered: 10/16/2010) |
| 10/16/2010 | 129 | NOTICE setting Sentencing as to DENNIS CERCONE for 3/4/2011 at 11:00 AM in Courtroom 3A before Chief Judge Gary L. Lancaster. (map) (Entered: 10/16/2010) |
| 11/22/2010 | 130 | ORDER setting Change of Plea Hearing as to JAMES CERCONE for 12/9/2010 at 1:30 PM in Courtroom 3A. Signed by Chief Judge Gary L. Lancaster on 11/22/10. (map) (Entered: 11/22/2010) |
| 12/06/2010 | 131 | MOTION for Extension of Time *to File Pre-Trial Motions* by ANTHONY CERCONE. (Attachments: # 1 Proposed Order) (Stewart, Robert) (Entered: 12/06/2010) |
| 12/06/2010 | 132 | ORDER granting 131 Motion for Extension of Time to File Pretrial Motions as to ANTHONY CERCONE (5); Pretrial Motions due by 3/14/2011; Period of time from 12/13/2010 to 3/14/2011 deemed excludable delay. Signed by Chief Judge Gary L. Lancaster on 12/6/10. (map) (Entered: 12/06/2010) |
| 12/09/2010 | 133 | Minute Entry for Change of Plea Hearing as to JAMES CERCONE held on 12/9/2010 before Chief Judge Gary L. Lancaster (Court Reporter: Virginia Pease). (map) (Entered: 12/09/2010) |
| 12/09/2010 | 134 | CHANGE OF PLEA ENTERED: Defendant JAMES CERCONE withdraws plea of not guilty and pleads guilty to Counts 1, 4 & 6. (map) (Entered: 12/09/2010) |
| 12/09/2010 | 135 | PRESENTENCE ORDER as to JAMES CERCONE. Signed by Chief Judge Gary L. |

|  |  | Lancaster on 12/9/10. (map) (Entered: 12/09/2010) |
|---|---|---|
| 12/09/2010 | 136 | NOTICE setting Sentencing as to JAMES CERCONE for 4/8/2011 at 9:30 AM in Courtroom 3A before Chief Judge Gary L. Lancaster. (map) (Entered: 12/09/2010) |
| 12/13/2010 | 137 | MOTION for Extension of Time *for Filing Pretrial Motions* by ANTHONY FRANELL. (Attachments: # 1 Proposed Order) (Hackney, W.) (Entered: 12/13/2010) |
| 12/13/2010 | 138 | ORDER granting 137 Motion for Extension of Time as to ANTHONY FRANELL (2); Pretrial Motions due by 1/12/2011; All extended time deemed excludable delay. Signed by Chief Judge Gary L. Lancaster on 12/13/10. (map) (Entered: 12/13/2010) |
| 12/13/2010 | 139 | MOTION for Extension of Time to File *Pretrial Motions* by SHANE HENNEN. (Attachments: # 1 Proposed Order) (Lancaster, Mark) (Entered: 12/13/2010) |
| 12/13/2010 | 140 | ORDER granting 139 Motion to Extend Time To File Pretrial Motions as to SHANE HENNEN (1); Pretrial Motions due by 3/14/2011; All extended time deemed excludable delay. Signed by Chief Judge Gary L. Lancaster on 12/13/10. (map) (Entered: 12/13/2010) |
| 01/10/2011 | 142 | MOTION to Withdraw as Attorney by James DePasquale on behalf of *James Cercone*. (Attachments: # 1 Proposed Order) (DePasquale, James) (Entered: 01/10/2011) |
| 01/12/2011 | 143 | MOTION for Extension of Time *for Filing Pretrial Motions* by ANTHONY FRANELL. (Attachments: # 1 Proposed Order) (Hackney, W.) (Entered: 01/12/2011) |

| 01/12/2011 | | 144 | ORDER granting 143 Motion for Extension of Time as to ANTHONY FRANELL (2); Pretrial Motions due by 2/11/2011; All extended time deemed excludable delay. Signed by Chief Judge Gary L. Lancaster on 1/12/11. (map) (Entered: 01/12/2011) |
|---|---|---|---|
| 01/13/2011 | | 145 | ORDER granting 142 Motion of Attorney James E. DePasquale to Withdraw from case as to JAMES CERCONE (4). Signed by Chief Judge Gary L. Lancaster on 1/13/11. (map) (Entered: 01/13/2011) |
| 01/17/2011 | | 146 | MOTION to Withdraw as Attorney by James E. DePasquale on behalf of *Defendant James Cercone*. (DePasquale, James) (Entered: 01/17/2011) |
| 01/26/2011 | 🔒 🔒 | 148 | *SEALED* ***FOR JUDGES EYES ONLY*** RECOMMENDATION as to DENNIS CERCONE submitted to the Court. (tjwP, ) (Entered: 01/26/2011) |
| 01/27/2011 | | 149 | NOTICE OF ATTORNEY APPEARANCE: Fred G. Rabner appearing for JAMES CERCONE (Rabner, Fred) (Entered: 01/27/2011) |
| 01/27/2011 | | | Attorney update in case as to JAMES CERCONE: Attorney Fred G. Rabner added for JAMES CERCONE. (map) (Entered: 01/27/2011) |
| 01/28/2011 | | 150 | OBJECTION / POSITION WITH RESPECT TO PRESENTENCE INVESTIGATION REPORT by USA as to DENNIS CERCONE. (Swartz, Barbara) (Entered: 01/28/2011) |
| 02/04/2011 | | 151 | OBJECTION / POSITION WITH RESPECT TO PRESENTENCE INVESTIGATION REPORT by DENNIS CERCONE. (Difenderfer, William) |

| | | |
|---|---|---|
| | | (Entered: 02/04/2011) |
| 02/11/2011 | 152 | MOTION for Extension of Time *for Filing Pretrial Motions* by ANTHONY FRANELL. (Attachments: # 1 Proposed Order) (Hackney, W.) (Entered: 02/11/2011) |
| 02/11/2011 | 153 | ORDER granting 152 Motion for Extension of Time as to ANTHONY FRANELL (2); Pretrial Motions due by 2/18/2011; All extended time deemed excludable delay. Signed by Chief Judge Gary L. Lancaster on 2/11/11. (map) (Entered: 02/11/2011) |
| 02/12/2011 | 154 | First MOTION to Continue *Sentencing Hearing* by JAMES CERCONE. (Attachments: # 1 Proposed Order) (Rabner, Fred) (Entered: 02/12/2011) |
| 02/17/2011 | 156 | MOTION for Extension of Time *for Filing Pretrial Motions* by ANTHONY FRANELL. (Attachments: # 1 Proposed Order) (Hackney, W.) (Entered: 02/17/2011) |
| 02/18/2011 | 157 | ORDER granting 156 Motion for Extension of Time as to ANTHONY FRANELL (2); Pretrial Motions due by 3/3/2011; Period of time from 2/17/2011 to 3/3/2011 shall be deemed excludable delay. Signed by Chief Judge Gary L. Lancaster on 2/18/11. (map) (Entered: 02/18/2011) |
| 02/18/2011 | 158 | ORDER setting Change of Plea Hearing as to ANTHONY FRANELL for 2/24/2011 at 10:00 AM in Courtroom 3A. Signed by Chief Judge Gary L. Lancaster on 2/18/11. (map) (Entered: 02/18/2011) |
| 02/20/2011 | 159 | ORDER granting 154 Motion to Continue Sentencing Hearing as to JAMES CERCONE (4); Sentencing of 4/8/2011 is re-set for 6/3/2011 |

| | | |
|---|---|---|
| | | at 9:30 AM in Courtroom 3A; All extended time deemed excludable delay. Signed by Chief Judge Gary L. Lancaster on 2/18/11. (map) (Entered: 02/20/2011) |
| 02/24/2011 | 160 | Minute Entry for Change of Plea Hearing as to ANTHONY FRANELL held on 2/24/2011 before Chief Judge Gary L. Lancaster (Court Reporter: Virginia Pease). (map) (Entered: 02/24/2011) |
| 02/24/2011 | 161 | CHANGE OF PLEA ENTERED: Defendant ANTHONY FRANELL withdraws plea of not guilty and pleads guilty to Count 2. (map) (Entered: 02/24/2011) |
| 02/24/2011 | 162 | PRESENTENCE ORDER as to ANTHONY FRANELL. Signed by Chief Judge Gary L. Lancaster on 2/24/11. (map) (Entered: 02/24/2011) |
| 02/24/2011 | 163 | NOTICE setting Sentencing as to ANTHONY FRANELL for 6/24/2011 at 9:30 AM in Courtroom 3A before Chief Judge Gary L. Lancaster. (map) (Entered: 02/24/2011) |
| 02/25/2011 | 164 | Special Assessment Paid by ANTHONY FRANELL $ 100.00, receipt number 24668010017. (ksa) (Entered: 02/25/2011) |
| 02/25/2011 | 165 | SENTENCING MEMORANDUM by DENNIS CERCONE (Attachments: # 1 Exhibit - Letters in Support) (Difenderfer, William) (Entered: 02/25/2011) |
| 03/06/2011 | 166 | Minute Entry for Sentencing for DENNIS CERCONE (3) held on 3/4/2011 before Chief Judge Gary L. Lancaster (Court Reporter: Virginia Pease). (map) (Entered: 03/06/2011) |
| 03/06/2011 | 167 | JUDGMENT as to DENNIS CERCONE (3): At |

| | | |
|---|---|---|
| | | Counts 1 and 6, 36 months incarceration and three (3) years of supervised release imposed at both counts with all terms to run concurrently; No fine or costs; Special Assessment of $100.00 imposed at each count for a Total Special Assessment of $200.00. Signed by Chief Judge Gary L. Lancaster on 3/4/11. (map) (Entered: 03/06/2011) |
| 03/14/2011 | 168 | MOTION for Extension of Time *to File Pre-Trial Motions* by ANTHONY CERCONE. (Attachments: # 1 Proposed Order) (Stewart, Robert) (Entered: 03/14/2011) |
| 03/14/2011 | 169 | ORDER granting 168 Motion for Extension of Time to File Pretrial Motions as to ANTHONY CERCONE (5); Pretrial Motions due by 4/28/2011; NO FURTHER EXTENSION WILL BE GRANTED; All extended time deemed excludable delay. Signed by Chief Judge Gary L. Lancaster on 3/14/11. (map) (Entered: 03/14/2011) |
| 03/14/2011 | 170 | ORDER setting Change of Plea Hearing as to SHANE HENNEN for 4/1/2011 at 2:30 PM in Courtroom 3A. Signed by Chief Judge Gary L. Lancaster on 3/14/11. (map) (Entered: 03/14/2011) |
| 04/01/2011 | 171 | Minute Entry for Change of Plea Hearing as to SHANE HENNEN held on 4/1/2011 before Chief Judge Gary L. Lancaster (Court Reporter: Virginia Pease). (map) (Entered: 04/01/2011) |
| 04/01/2011 | 172 | CHANGE OF PLEA ENTERED: Defendant SHANE HENNEN withdraws plea of not guilty and pleads guilty to Counts 1 and 6. (map) (Entered: 04/01/2011) |
| 04/01/2011 | 173 | PRESENTENCE ORDER as to SHANE |

| | | |
|---|---|---|
| | | HENNEN. Signed by Chief Judge Gary L. Lancaster on 4/1/11. (map) (Entered: 04/01/2011) |
| 04/01/2011 | 174 | NOTICE setting Sentencing as to SHANE HENNEN for 7/29/2011 at 9:30 AM in Courtroom 3A before Chief Judge Gary L. Lancaster. (map) (Entered: 04/01/2011) |
| 04/01/2011 | 175 | Special Assessment Paid by SHANE HENNEN $ 200.00, receipt number 24688010496. (ksa) (Entered: 04/05/2011) |
| 04/21/2011 | 177 | MOTION to Extend Geographical Conditions of Release by ANTHONY FRANELL. (Attachments: # 1 Proposed Order) (Hackney, W.) (Entered: 04/21/2011) |
| 04/25/2011 | 179 | POSITION WITH RESPECT TO SENTENCING FACTORS by USA as to ANTHONY FRANELL. (Swartz, Barbara) (Entered: 04/25/2011) |
| 04/25/2011 | 180 | ORDER granting 177 Motion to Extend Geographical Conditions of Release as to ANTHONY FRANELL (2); Defendant's conditions of release are modified to allow him to travel to Rochester, MN between 4/26/2011 to 5/7/2011; Defendant shall remain in contact with Pretrial Services as directed. Signed by Chief Judge Gary L. Lancaster on 4/25/11. (map) (Entered: 04/25/2011) |
| 04/28/2011 | 181 | ORDER setting Change of Plea Hearing as to ANTHONY CERCONE for 5/20/2011 at 11:30 AM in Courtroom 3A. Signed by Chief Judge Gary L. Lancaster on 4/28/11. (map) (Entered: 04/28/2011) |
| 05/03/2011 | 183 | *SEALED* ***FOR JUDGES EYES ONLY*** RECOMMENDATION as to JAMES |

| | | | |
|---|---|---|---|
| | | | CERCONE submitted to the Court. (khP, ) (Entered: 05/03/2011) |
| 05/05/2011 | | 184 | OBJECTION / POSITION WITH RESPECT TO PRESENTENCE INVESTIGATION REPORT by USA as to JAMES CERCONE. (Swartz, Barbara) (Entered: 05/05/2011) |
| 05/19/2011 | 🔒 🔒 | 186 | *SEALED* ***FOR JUDGES EYES ONLY*** RECOMMENDATION as to ANTHONY FRANELL submitted to the Court. (sxP, ) (Entered: 05/19/2011) |
| 05/20/2011 | | | NOTICE Cancelling Hearing: Change of Plea as to ANTHONY CERCONE scheduled for 5/20/2011 is cancelled; Text-only entry; No PDF document will issue; This text-only entry constitutes the Order of the Court or Notice on the matter. (map) (Entered: 05/20/2011) |
| 05/20/2011 | | 187 | CASE MANAGEMENT ORDER as to ANTHONY CERCONE: Any Motions in Limine, Points for Charge and Proposed Voir Dire due by 5/31/2011; Responses to any Motions in Limine due by 6/10/2011; Pretrial Conference set for 6/17/2011 at 10:30 AM; Jury Selection and Trial set for 6/20/2011 at 9:30 AM in Courtroom 3A. Signed by Chief Judge Gary L. Lancaster on 5/20/11. (map) (Entered: 05/20/2011) |
| 05/26/2011 | | 189 | POSITION WITH RESPECT TO SENTENCING FACTORS by ANTHONY FRANELL. (Hackney, W.) (Entered: 05/26/2011) |
| 06/02/2011 | | 190 | Second MOTION to Continue *Sentencing* by JAMES CERCONE. (Attachments: # 1 Proposed Order) (Rabner, Fred) (Entered: 06/02/2011) |
| 06/02/2011 | | 191 | ORDER granting 190 Second Motion to |

| | | | |
|---|---|---|---|
| | | | Continue Sentencing Hearing as to JAMES CERCONE (4); Sentencing of 6/3/2011 is re-set for 9/9/2011 at 9:30 AM in Courtroom 3A; All extended time deemed excludable delay. Signed by Chief Judge Gary L. Lancaster on 6/2/11. (map) (Entered: 06/02/2011) |
| 06/02/2011 | | 192 | MOTION to Continue by ANTHONY CERCONE. (Attachments: # 1 Proposed Order) (Stewart, Robert) (Entered: 06/02/2011) |
| 06/02/2011 | | 193 | ORDER granting 192 Motion to Continue as to ANTHONY CERCONE (5); Any Motions in Limine, Points for Charge and Proposed Voir Dire due by 9/19/2011; Responses to any Motions in Limine due by 10/3/2011; Pretrial Conference re-set for 10/14/2011 at 11:00 AM; Jury Selection and Trial re-set for 10/17/2011 at 9:30 AM in Courtroom 3A; All extended time from the date of this order to the date of trial deemed excludable delay. Signed by Chief Judge Gary L. Lancaster on 6/2/11. (map) (Entered: 06/02/2011) |
| 06/02/2011 | | | Set/Reset Deadlines/Hearings as to ANTHONY CERCONE: Any Motions in Limine, Points for Charge and Proposed Voir Dire due by 9/19/2011; Responses to any Motions in Limine due by 10/3/2011; Pretrial Conference of 6/17/2011 re-set for 10/14/2011 at 11:00 AM. (map) (Entered: 06/02/2011) |
| 06/03/2011 | 🔒 🔒 | 195 | *SEALED* ***FOR JUDGES EYES ONLY*** RECOMMENDATION as to SHANE HENNEN submitted to the Court. (khP, ) (Entered: 06/03/2011) |
| 06/22/2011 | | 197 | MOTION to Continue *Sentencing Hearing* by ANTHONY FRANELL. (Attachments: # 1 Proposed Order) (Hackney, W.) (Entered: |

| | | | |
|---|---|---|---|
| | | | 06/22/2011) |
| 06/22/2011 | 🔒 🔒 | 199 | *SEALED* ***FOR JUDGES EYES ONLY*** RECOMMENDATION as to SHANE HENNEN submitted to the Court. (khP, ) (Entered: 06/22/2011) |
| 06/23/2011 | | 200 | ORDER granting 197 Motion to Continue Sentencing as to ANTHONY FRANELL (2); Sentencing of 6/24/2011 re-set to 7/8/2011 at 10:30 AM in Courtroom 3A. Signed by Chief Judge Gary L. Lancaster on 6/23/11. (map) (Entered: 06/23/2011) |
| 07/05/2011 | | 201 | POSITION WITH RESPECT TO SENTENCING FACTORS by USA as to SHANE HENNEN. (Swartz, Barbara) (Entered: 07/05/2011) |
| 07/05/2011 | | 202 | MOTION to Continue *Sentencing Hearing* by ANTHONY FRANELL. (Attachments: # 1 Proposed Order) (Hackney, W.) (Entered: 07/05/2011) |
| 07/05/2011 | | 203 | ORDER granting 202 Motion to Continue Sentencing Hearing as to ANTHONY FRANELL (2); Defendant's Sentencing Memorandum is due on or before 7/7/2011; Sentencing is re-set to 7/15/2011 at 10:30 AM in Courtroom 3A. Signed by Chief Judge Gary L. Lancaster on 7/5/11. (map) (Entered: 07/05/2011) |
| 07/05/2011 | | | Set/Reset Deadlines as to ANTHONY FRANELL (2): Defendant's Sentencing Memorandum due by 7/7/2011. (map) (Entered: 07/05/2011) |
| 07/08/2011 | | 204 | SENTENCING MEMORANDUM by ANTHONY FRANELL (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 |

| | | |
|---|---|---|
| | | Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W) (Hackney, W.) (Entered: 07/08/2011) |
| 07/15/2011 | 205 | Minute Entry for Sentencing for ANTHONY FRANELL (2) held on 7/15/2011 before Chief Judge Gary L. Lancaster (Court Reporter: Virginia Pease). (map) (Entered: 07/15/2011) |
| 07/15/2011 | 206 | JUDGMENT as to ANTHONY FRANELL (2): 24 months incarceration and three (3) years of supervised release, with conditions; No fine or costs; Special assessment of $100.00 imposed. Signed by Chief Judge Gary L. Lancaster on 7/15/11. (map) (Entered: 07/15/2011) |
| 07/15/2011 | 207 | Exhibit by ANTHONY FRANELL 204 Sentencing Memorandum, filed by ANTHONY FRANELL (Attachments: # 1 Exhibit X, # 2 Exhibit Y, # 3 Exhibit Z) (Hackney, W.) (Entered: 07/15/2011) |
| 07/19/2011 | 209 | SATISFACTION OF JUDGMENT as to ANTHONY FRANELL re 206 Judgment; Satisfied as to Assessment on 2/24/2011. (tt) (Entered: 07/19/2011) |
| 07/26/2011 | 210 | MOTION to Postpone and/or Reschedule *Sentencing* by SHANE HENNEN. (Attachments: # 1 Proposed Order) (Lancaster, Mark) (Entered: 07/26/2011) |
| 07/26/2011 | 211 | ORDER granting 210 Motion to Postpone Sentencing as to SHANE HENNEN (1); Sentencing of 7/29/2011 re-set for 9/9/2011 at |

| | | 10:00 AM in Courtroom 3A; All extended time deemed excludable delay. Signed by Chief Judge Gary L. Lancaster on 7/26/11. (map) (Entered: 07/26/2011) |
|---|---|---|
| 08/19/2011 | 212 | MOTION to Postpone and/or Reschedule *Execution of Sentence* by ANTHONY FRANELL. (Attachments: # 1 Proposed Order) (Hackney, W.) (Entered: 08/19/2011) |
| 08/22/2011 | 213 | ORDER granting 212 Motion to Postpone Execution of Sentence as to ANTHONY FRANELL (2); Defendant shall report to the institution designated by the Bureau of Prisons on 8/30/2011 by 2:00 PM. Signed by Chief Judge Gary L. Lancaster on 8/22/11. (map) (Entered: 08/22/2011) |
| 09/07/2011 | 214 | Third MOTION to Continue *Sentencing* by JAMES CERCONE. (Attachments: # 1 Proposed Order) (Rabner, Fred) (Entered: 09/07/2011) |
| 09/07/2011 | 215 | MOTION to Postpone and/or Reschedule *Sentencing* by SHANE HENNEN. (Attachments: # 1 Proposed Order) (Lancaster, Mark) (Entered: 09/07/2011) |
| 09/07/2011 | 216 | ORDER granting 215 Motion to Postpone Sentencing as to SHANE HENNEN (1); Sentencing of 9/9/2011 re-set for 9/15/2011 at 2:00 PM in Courtroom 3A. Signed by Chief Judge Gary L. Lancaster on 9/7/11. (map) (Entered: 09/07/2011) |
| 09/07/2011 | 217 | ORDER granting 214 Third Motion to Continue Sentencing Hearing as to JAMES CERCONE (4); Sentencing of 9/9/2011 is re-set for 12/1/2011 at 1:30 PM in Courtroom 3A; All extended time deemed excludable delay. Signed by Chief Judge Gary L. Lancaster on 9/7/11. |

| | | |
|---|---|---|
| | | (map) (Entered: 09/07/2011) |
| 09/14/2011 | 218 | MOTION to Postpone and/or Reschedule *Sentencing* by SHANE HENNEN. (Attachments: # 1 Proposed Order) (Lancaster, Mark) (Entered: 09/14/2011) |
| 09/14/2011 | 219 | ORDER granting 218 Motion to Postpone Sentencing as to SHANE HENNEN (1); Sentencing of 9/15/2011 re-set for 9/20/2011 at 1:00 PM in Courtroom 3A. Signed by Chief Judge Gary L. Lancaster on 9/14/11. (map) (Entered: 09/14/2011) |
| 09/14/2011 | 220 | MOTION to Continue Jury Selection and Trial by ANTHONY CERCONE. (Attachments: # 1 Proposed Order) (Stewart, Robert) Modified on 9/15/2011 to add additional docket text. (ksa) (Entered: 09/14/2011) |
| 09/14/2011 | 221 | ORDER granting 220 Motion to Continue as to ANTHONY CERCONE (5); Any Motions in Limine, Points for Charge and Proposed Voir Dire due by 11/7/2011; Responses to any Motions in Limine due by 11/21/2011; Pretrial Conference re-set for 12/1/2011 at 11:00 AM; Jury Selection and Trial re-set for 12/5/2011 at 9:30 AM in Courtroom 3A; All extended time from the date of this order to the date of trial deemed excludable delay. Signed by Chief Judge Gary L. Lancaster on 9/14/11. (map) (Entered: 09/14/2011) |
| 09/14/2011 | | Set/Reset Deadlines as to ANTHONY CERCONE: Motions in Limine, Points for Charge and Proposed Voir Dire by 11/7/2011; Response to Motions in Limine due by 11/21/2011; Pretrial Conference set for 12/1/2011 at 11:00 AM in Courtroom 3A before Chief Judge Gary L. Lancaster. (map) (Entered: |

| | | |
|---|---|---|
| | | 09/14/2011) |
| 09/19/2011 | 🔒 | *SEALED* Sealed Docket Entry as to SHANE HENNEN. See other documents filed at Misc Case Number 2:11-mc-269. (jsp) (Entered: 09/19/2011) |
| 09/20/2011 | 223 | Minute Entry for Sentencing as to SHANE HENNEN (1) held on 9/20/2011 before Chief Judge Gary L. Lancaster (Court Reporter: Karen Earley). (map) (Entered: 09/20/2011) |
| 09/20/2011 | 224 | JUDGMENT as to SHANE HENNEN (1): At Count 1, 30 months incarceration, to run concurrently with term imposed at Count 6, and three (3) years of supervised release, also to run concurrently with term imposed at Count 6; No fine of costs; Special Assessment of $100.00 imposed; At Count 6, 30 months incarceration, to run concurrently with term imposed at Count 1, and four (4) years of supervised release, also to run concurrently with term imposed at Count 1; No fine of costs; Special Assessment of $100.00 imposed. Signed by Chief Judge Gary L. Lancaster on 9/20/11. (map) (Entered: 09/20/2011) |
| 09/28/2011 | 225 | SATISFACTION OF JUDGMENT as to SHANE HENNEN re 224 Judgment, Satisfied as to special assessment on 4/1/2011. (ksa) (Entered: 09/28/2011) |
| 11/07/2011 | 226 | MOTION to Continue by ANTHONY CERCONE. (Attachments: # 1 Proposed Order) (Stewart, Robert) (Entered: 11/07/2011) |
| 11/07/2011 | 227 | ORDER granting 226 Motion to Continue as to ANTHONY CERCONE (5); Any Motions in Limine, Points for Charge and Proposed Voir Dire due by 1/6/2012; Responses to any Motions |

| | | |
|---|---|---|
| | | in Limine due by 1/20/2012; Pretrial Conference re-set for 2/3/2011 at 10:00 AM; Jury Selection and Trial re-set for 2/13/2012 at 9:30 AM in Courtroom 3A; All extended time from the date of this order to the date of trial deemed excludable delay. Signed by Chief Judge Gary L. Lancaster on 11/7/11. (map) (Entered: 11/07/2011) |
| 11/07/2011 | | Set/Reset Deadlines as to ANTHONY CERCONE: Motions in Limine, Proposed Voir Dire and Points for Charge due by 1/6/2012; Responses to Motions in Limine due by 1/20/2012; Pretrial Conference re-set from 12/1/2011 to 2/3/2012 at 10:00 AM. (map) (Entered: 11/07/2011) |
| 11/22/2011 | 228 | Judgment Returned Executed as to SHANE HENNEN: Defendant delivered on 10/12/2011 to FCI Elkton, OH. (ksa) (Entered: 11/22/2011) |
| 11/28/2011 | 229 | Fourth MOTION to Continue *Sentencing* by JAMES CERCONE. (Attachments: # 1 Proposed Order) (Rabner, Fred) (Entered: 11/28/2011) |
| 11/28/2011 | 230 | ORDER granting 229 Fourth Motion to Continue Sentencing Hearing as to JAMES CERCONE (4); Sentencing of 12/1/2011 is re-set for 3/2/2012 at 10:00 AM in Courtroom 3A; All extended time deemed excludable delay. Signed by Chief Judge Gary L. Lancaster on 11/28/11. (map) (Entered: 11/28/2011) |
| 01/06/2012 | 231 | MOTION to Continue by ANTHONY CERCONE. (Attachments: # 1 Proposed Order) (Stewart, Robert) (Entered: 01/06/2012) |
| 01/07/2012 | 232 | ORDER granting 231 Motion to Continue as to ANTHONY CERCONE (5); Any motions in limine, proposed points for charge or requested |

| | | |
|---|---|---|
| | | voir dire questions shall be filed by 2/17/2012; Responses to any motion in limine shall be filed by 3/2/2012; Pretrial conference will now be held on 3/16/2012 at 10 AM; Jury selection and trial will now begin on 3/26/2012 at 9:30 AM in Courtroom 3A ; Period of time from the date of this order to the date of trial deemed excludable delay. Signed by Chief Judge Gary L. Lancaster on 1/6/12. (map) Modified on 1/8/2012. (map) (Entered: 01/07/2012) |
| 01/07/2012 | | Set/Reset Deadlines as to ANTHONY CERCONE: Motions in Limine, Points for Charge, Proposed Voir Dire due by 2/17/2012; Response to Motions in Limine due by 3/2/2012; Pretrial Conference set for 3/16/2012 at 10:00 AM in Courtroom 3A before Chief Judge Gary L. Lancaster. (map) (Entered: 01/07/2012) |
| 02/17/2012 | 233 | MOTION for Extension of Time by ANTHONY CERCONE. (Attachments: # 1 Proposed Order) (Stewart, Robert) (Entered: 02/17/2012) |
| 02/17/2012 | 234 | ORDER granting 233 Motion for Extension of Time as to ANTHONY CERCONE (5); Motions in Limine, Points for Charge, Proposed Voir Dire due by 3/2/2012; Response to any Motions in Limine due by 3/12/2012; All other scheduling deadlines shall remain full force and effect; NO FURTHER EXTENSION WILL BE GRANTED. Signed by Chief Judge Gary L. Lancaster on 2/17/12. (map) (Entered: 02/17/2012) |
| 03/01/2012 | 235 | Fifth MOTION to Continue *Sentencing Hearing* by JAMES CERCONE. (Attachments: # 1 Proposed Order) (Rabner, Fred) (Entered: 03/01/2012) |
| 03/01/2012 | 236 | ORDER granting 235 Fifth Motion to Continue |

| | | |
|---|---|---|
| | | Sentencing Hearing as to JAMES CERCONE (4); Sentencing of 3/2/2012 is re-set for 5/4/2012 at 10:30 AM in Courtroom 3A; All extended time deemed excludable delay. Signed by Chief Judge Gary L. Lancaster on 3/1/12. (map) (Entered: 03/01/2012) |
| 03/02/2012 | 237 | Proposed Voir Dire by USA as to ANTHONY CERCONE (Swartz, Barbara) (Entered: 03/02/2012) |
| 03/02/2012 | 238 | Proposed Jury Instructions by USA as to ANTHONY CERCONE (Swartz, Barbara) (Entered: 03/02/2012) |
| 03/15/2012 | 239 | ORDER setting Change of Plea Hearing as to ANTHONY CERCONE for 3/22/2012 at 2:00 PM in Courtroom 3A; Pretrial Conference scheduled for 3/16/2012 is hereby cancelled. Signed by Chief Judge Gary L. Lancaster on 3/15/12. (map) (Entered: 03/15/2012) |
| 03/22/2012 | 240 | Minute Entry for Change of Plea Hearing as to ANTHONY CERCONE held on 3/22/2012 before Chief Judge Gary L. Lancaster (Court Reporter: Karen Earley). (map) (Entered: 03/22/2012) |
| 03/22/2012 | 241 | CHANGE OF PLEA ENTERED: Defendant ANTHONY CERCONE withdraws plea of not guilty and pleads guilty to Counts 3, 5 and 6. (map) (Entered: 03/22/2012) |
| 03/22/2012 | 242 | PRESENTENCE ORDER as to ANTHONY CERCONE. Signed by Chief Judge Gary L. Lancaster on 3/22/12. (map) (Entered: 03/22/2012) |
| 03/22/2012 | 243 | NOTICE setting Sentencing as to ANTHONY CERCONE for 7/20/2012 at 9:30 AM in Courtroom 3A before Chief Judge Gary L. |

| | | Lancaster. (map) (Entered: 03/22/2012) |
|---|---|---|
| 04/25/2012 | 244 | Sixth MOTION to Continue *Sentencing* by JAMES CERCONE. (Attachments: # 1 Proposed Order) (Rabner, Fred) (Entered: 04/25/2012) |
| 04/25/2012 | 245 | ORDER granting 244 Sixth Motion to Continue as to JAMES CERCONE (4); Sentencing of 5/4/2012 is re-set for 6/29/2012 at 1:30 PM in Courtroom 3A; All extended time deemed excludable delay. Signed by Chief Judge Gary L. Lancaster on 4/25/12. (map) (Entered: 04/25/2012) |
| 06/14/2012 🔒 🔒 | 248 | *SEALED* ***FOR JUDGES EYES ONLY*** RECOMMENDATION as to ANTHONY CERCONE submitted to the Court. (leP, ) (Entered: 06/14/2012) |
| 06/19/2012 | 249 | Seventh MOTION to Continue *Sentencing* by JAMES CERCONE. (Attachments: # 1 Proposed Order) (Rabner, Fred) (Entered: 06/19/2012) |
| 06/19/2012 | 250 | ORDER granting 249 Seventh Motion to Continue Sentencing as to JAMES CERCONE (4); Sentencing of 6/29/2012 is re-set for 8/24/2012 at 10:30 AM in Courtroom 3A; All extended time deemed excludable delay. Signed by Chief Judge Gary L. Lancaster on 6/19/12. (map) (Entered: 06/19/2012) |
| 07/16/2012 | 252 | MOTION to Continue *Sentencing* by ANTHONY CERCONE. (Attachments: # 1 Proposed Order) (Stewart, Robert) (Entered: 07/16/2012) |
| 07/16/2012 | 253 | SENTENCING MEMORANDUM by ANTHONY CERCONE (Stewart, Robert) (Entered: 07/16/2012) |
| 07/19/2012 | 254 | ORDER granting 252 Motion to Continue |

| | | |
|---|---|---|
| | | Sentencing as to ANTHONY CERCONE (5); Sentencing of 7/20/2012 re-set to 7/27/2012 at 2:00 PM in Courtroom 3A. Signed by Chief Judge Gary L. Lancaster on 7/19/12. (map) (Entered: 07/19/2012) |
| 07/23/2012 | 255 | POSITION WITH RESPECT TO SENTENCING FACTORS by USA as to ANTHONY CERCONE. (Swartz, Barbara) (Entered: 07/23/2012) |
| 07/27/2012 | 256 | Minute Entry for Sentencing as to ANTHONY CERCONE (5) held on 7/27/2012 before Chief Judge Gary L. Lancaster (Court Reporter: Deborah Rowe). (map) (Entered: 07/27/2012) |
| 07/27/2012 | 257 | JUDGMENT as to ANTHONY CERCONE (5): At Counts 3, 5 & 6, 12 months, plus one (1) day, of incarceration, and three (3) years of supervised release, with conditions, imposed at each count, with all terms running concurrently; No fine or costs; Special Assessment of $100.00 at each count, for a total special assessment of $300.00, imposed. Signed by Chief Judge Gary L. Lancaster on 7/27/12. (map) (Entered: 07/27/2012) |
| 08/05/2012 | 258 | Eighth MOTION to Continue *Sentencing* by JAMES CERCONE. (Attachments: # 1 Proposed Order) (Rabner, Fred) (Entered: 08/05/2012) |
| 08/06/2012 | 259 | ORDER granting 258 Motion to Continue Sentencing as to JAMES CERCONE (4); Sentencing of 8/24/2012 is re-set for 9/28/2012 at 9:30 AM in Courtroom 3A; All extended time deemed excludable delay. Signed by Chief Judge Gary L. Lancaster on 8/6/12. (map) (Entered: 08/06/2012) |
| 09/26/2012 | 🔒 | *SEALED* Sealed Docket Entry as to JAMES |

| | | |
|---|---|---|
| | | CERCONE. See other documents filed at Misc Case Number 2:11-mc-269. (jsp) (Entered: 09/26/2012) |
| 09/26/2012 | 260 | Ninth MOTION to Continue *Sentencing* by JAMES CERCONE. (Attachments: # 1 Proposed Order) (Rabner, Fred) (Entered: 09/26/2012) |
| 09/26/2012 | 261 | ORDER granting 260 Motion to Continue Sentencing as to JAMES CERCONE (4); Sentencing of 9/28/2012 is re-set for 11/2/2012 at 10:00 AM in Courtroom 3A; All extended time deemed excludable delay. Signed by Chief Judge Gary L. Lancaster on 9/26/12. (map) (Entered: 09/26/2012) |
| 10/31/2012 | 262 | Tenth MOTION to Continue *Sentencing* by JAMES CERCONE. (Attachments: # 1 Proposed Order) (Rabner, Fred) (Entered: 10/31/2012) |
| 11/01/2012 | 263 | ORDER granting 262 Motion to Continue Sentencing as to JAMES CERCONE (4); Sentencing of 11/2/2012 is re-set to 12/7/2012 at 2:00 PM in Courtroom 3A; THERE WILL BE NO FURTHER CONTINUANCE GRANTED; All extended time deemed excludable delay. Signed by Chief Judge Gary L. Lancaster on 11/1/12. (map) (Entered: 11/01/2012) |
| 12/03/2012 | 264 | POSITION WITH RESPECT TO SENTENCING FACTORS by JAMES CERCONE. (Attachments: # 1 Exhibit Medical Records SCI Mahanoy, # 2 Exhibit Medical Records NE Correctional, # 3 Exhibit Medical Records St. Elizabeth Hospital, # 4 Exhibit Medical Records Ear Nose & Throat Butler, # 5 Exhibit Medical Records Mercy Behavioral, # 6 Exhibit Medical Records Dr. Bazaz) (Rabner, Fred) (Entered: 12/03/2012) |
| | | |

| 12/03/2012 | [265](#) | Letter(s) in Support of Defendant re Sentencing as to JAMES CERCONE (Rabner, Fred) (Entered: 12/03/2012) |
|---|---|---|
| 12/05/2012 | [266](#) | Letter(s) *Heather O'Connor* in Support of Defendant re Sentencing as to JAMES CERCONE (Rabner, Fred) (Entered: 12/05/2012) |
| 12/07/2012 | [267](#) | Letter(s) *of William Savatt* in Support of Defendant re Sentencing as to JAMES CERCONE (Rabner, Fred) (Entered: 12/07/2012) |
| 12/07/2012 | [268](#) | Letter(s) *Certificate of Completion of D&A Program* in Support of Defendant re Sentencing as to JAMES CERCONE (Rabner, Fred) (Entered: 12/07/2012) |
| 12/07/2012 | [269](#) | POSITION WITH RESPECT TO SENTENCING FACTORS *Supplemental* by JAMES CERCONE. (Rabner, Fred) (Entered: 12/07/2012) |
| 12/07/2012 | [270](#) | Minute Entry for Sentencing for JAMES CERCONE (4) held on 12/7/2012 before Chief Judge Gary L. Lancaster (Court Reporter: Debbie Rowe). (map) (Entered: 12/07/2012) |
| 12/13/2012 | [271](#) | JUDGMENT as to JAMES CERCONE (4), At Counts 1, 4 & 6, 72 months incarceration imposed at all counts with all terms running concurrently; Five (5) years of supervised release, with conditions, imposed at Count 6 and three (3) years of supervised release, with conditions, imposed at Counts 1 and 4, with all terms to run concurrently with each other; No fine or costs; Special assessment of $100.00 imposed at each count, for a total assessment of $300.00. Signed by Chief Judge Gary L. |

| | | | |
|---|---|---|---|
| | | | Lancaster on 12/13/12. (map) (Entered: 12/13/2012) |
| 12/13/2012 | | | ***Terminated Case. (map) (Entered: 12/13/2012) |
| 05/17/2013 | | 272 | SATISFACTION OF JUDGMENT as to ANTHONY CERCONE re 257 Judgment; Satisfied as to special assessment on 4/11/2013. (ksa) (Entered: 05/17/2013) |
| 07/31/2013 | 🔒 🔒 | 273 | *SEALED* ***FOR JUDGES EYES ONLY*** CORRESPONDENCE as to DENNIS CERCONE. (cbP, ) (Entered: 07/31/2013) |
| 07/31/2013 | | 274 | REQUEST for Modifying the Conditions or Term of Supervision with Consent of the Offender as to DENNIS CERCONE (cbP, ) (Entered: 07/31/2013) |
| 07/31/2013 | | | Judge update in case as to DENNIS CERCONE. Judge Cathy Bissoon added. Chief Judge Gary L. Lancaster no longer assigned to case. (gv) (Entered: 07/31/2013) |
| 08/01/2013 | | 275 | ORDER APPROVING 274 Petition for Supervised Release Action as to DENNIS CERCONE. The defendant shall be placed on a 90 day term of home detention with electronic monitoring. Further conditions stated more fully in said order. Signed by Judge Cathy Bissoon on 8/1/13. (jhi) (Additional attachment(s) added on 8/9/2013: # 1 PROB 49 Waiver of Hearing) (tt) (Entered: 08/01/2013) |
| 11/12/2013 | 🔒 🔒 | 276 | *SEALED* ***FOR JUDGES EYES ONLY*** CORRESPONDENCE as to DENNIS CERCONE. (tjwP, ) (Entered: 11/12/2013) |
| | | | |

| 11/12/2013 | 🔏 277 | SEALED ORDER APPROVING 276 . Signed by Judge Cathy Bissoon on 11/12/13. (jhi) (Entered: 11/13/2013) |
|---|---|---|
| 06/16/2014 | 278 | SATISFACTION OF JUDGMENT as to JAMES CERCONE re 271 Judgment; Satisfied as to special assessment on 5/12/2014. (ksa) (Entered: 06/16/2014) |
| 06/03/2015 | 🔏 279 | MOTION to Travel *for Work* by SHANE HENNEN. (Attachments: # 1 Proposed Order, # 2 Exhibit, # 3 Exhibit) (DeRiso, Michael) Modified on 6/4/2015 to remove attachments 2 & 3 from public view as they contain personal identifiers. (ksa) (Entered: 06/03/2015) |
| 06/03/2015 | | Judge update in case as to SHANE HENNEN. Judge Cathy Bissoon added. Chief Judge Gary L. Lancaster no longer assigned to case. (gmp) (Entered: 06/03/2015) |
| 06/04/2015 | 280 | ORDER as to SHANE HENNEN re 279 MOTION to Travel *for Work* filed by SHANE HENNEN, Set Response: USA Response to Motion to Travel due by 6/11/2015. Signed by Judge Cathy Bissoon on 6/4/15. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (jhi) (Entered: 06/04/2015) |
| 06/11/2015 | 281 | RESPONSE in Opposition by USA as to SHANE HENNEN re 279 MOTION to Travel *for Work* (Doolittle, Barbara) (Entered: 06/11/2015) |
| 06/12/2015 | | CLERK'S OFFICE QUALITY CONTROL MESSAGE as to SHANE HENNEN re 281 Response in Opposition. ERROR: Typed name omitted by s/. CORRECTION: Attorney Doolittle advised of signature requirements. |

| | | Attorney Doolittle to resubmit with signature, using Errata event. This message is for informational purposes only. (ksa) (Entered: 06/12/2015) |
|---|---|---|
| 06/12/2015 | 282 | Errata re 281 Response in Opposition, by USA as to SHANE HENNEN Reason for correction: Signature line added. (Doolittle, Barbara) (Entered: 06/12/2015) |
| 06/29/2015 | 283 | ORDER denying 279 Motion to Travel as to SHANE HENNEN (1). Signed by Judge Cathy Bissoon on 6/29/15. Text-only entry; no PDF will issue. This Text-only entry constitutes the Order of the Court or Notice on the matter. (jhi) (Entered: 06/29/2015) |
| 08/18/2015 | 284 | Probation Jurisdiction Transferred to Northern District of Florida as to SHANE HENNEN Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (ksa) (Entered: 08/18/2015) |