**Shane Hennen**
Defendant, Pro Se
1 Brown St, #1611
Philadelphia, PA 19123
(817) 513-2121

**In Propria Persona**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 3:15-cr-00043-MCR-1 |
| ) | Other case: 2:09-cr-00348-CB-1 |
| Plaintiff, ) | District of Pennsylvania(Pittsburgh) |
| ) | |
| Vs. ) | **NOTICE OF MOTION TO** |
| ) | **TERMINATE SUPERVISED** |
| Shane Hennen, ) | **RELEASE** |
| ) | 18 USC § 3583; Fed. R. Crim. |
| Defendant. ) | Proc. 32.1 et seq. |

**TO THE HONORABLE**
**Casey Rodgers**
**Chief JUDGE PRESIDING;**
**United States Probation Department**
**And the United States Attorney's Office:**

### NOTICE AND RELIEF SOUGHT

**PLEASE TAKE NOTICE** that at the above-referenced time and place, in the Courtroom of the Honorable Casey Rodgers, Chief Judge Presiding, or as soon thereafter as Counsel may be heard, the defendant Shane Hennen will move this Court for an **ORDER:**

Filed0822'16USDcFln3PM0138

1. **TERMINATING** Shane Hennen's Supervised Release Term, instanter, for good cause shown.

### NEED FOR RELIEF

Although initially sentenced to a term of 30 months imprisonment, and four (4) years Post Release Supervision (**PRS**), Shane Hennen has now completed the entire period of imprisonment and more than one-half of the term of **PRS**, without incident, violation or issue.

### RECORD ON MOTION

This motion is based on the records and files of this case; on the moving papers, including declarations and exhibits attached to this Motion, and on whatever oral or documentary evidence may be allowed by the Court at any hearing on this matter.

Dated: 8-18-2016

*[signature]*
Shane Hennen
Defendant, Pro Se
1 Brown St, #1611
Philadelphia, PA 19123
(817) 513-2121

Case 3:15-cr-00043-MCR  Document 3  Filed 08/22/16  Page 3 of 7

**Shane Hennen**
Defendant, Pro Se
1 Brown St, #1611
Philadelphia, PA 19123
(817) 513-2121

**In Propria Persona**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:15-cr-00043-MCR-1 |
|  | ) | Other case: 2:09-cr-00348-CB-1 |
| Plaintiff, | ) | District of Pennsylvania(Pittsburgh) |
|  | ) |  |
| Vs. | ) |  |
|  | ) |  |
| **Shane Hennen,** | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**DECLARATION IN SUPPORT OF MOTION
TO TERMINATE POST RELEASE SUPERVISION
18 USC § 3583; Fed. R. Crim. Proc. 32.1 et seq.**

**I, Shane Hennen,** duly affirm and state that:

1. I am the defendant, pro se herein, and I reside at 1 Brown St, #1611, Philadelphia, PA 19123.

2. I make this application in my own proper person, for an order terminating the remainder of my post-release supervision term.

1

Filed0822'16UsDcFln3PM0138

3. Hereinbefore, and on <u>September 20, 2011</u>, I was sentenced to a term of <u>30</u> months' imprisonment, to be followed by a period of <u>48</u> months' post-release supervision, and a Special Assessment imposed of $200.00, upon my conviction, by plea, to the office of US Attorney for The Western District of Pennsylvania (Pittsburgh), before the Honorable Gary L. Lancaster, U.S.D.J. presiding.

4. Owing to the sentence structure, I was not afforded any period of RRC placement, and in fact fully discharged the entire 30-month term, less GCT, and on or about in <u>December 13, 2013,</u> commenced the post release supervision (PRS) term.

5. That of which I have now completed more than one-half of the PRS term.

6. As of the date of this Motion, Defendant has been under PRS for a period of 34 months, with 15 months remaining to maximum term.

7. During the term of my PRS, I have been fully compliant with all release conditions, make all required restitution payments, have been gainfully employed, and have not ever committed or been charged with any violation of those-conditions.

8. In <u>July, 2016</u>, I personally spoke with Karen Myslinki, my supervising probation officer at her office concerning the instant motion and the requested early-termination.

9. Karen Myslinki informed me that upon information and belief, the United States Probation Office considers early-release from PRS when a defendant has about 11 months remaining to term.

10. Herein, at the time this Motion is heard, Defendant will be at or near that time period.

11. Further, Defendant has not suffered any violation of PRS, has not had the PRS Term extended, and has been in overall compliance and good standing with all Terms of Supervision.

12. Additionally, Defendant has been diagnosed with, and is undergoing treatment for Renal failure (Kidney Cancer).

13. Defendant has fully discharged all financial requirements imposed at sentencing, and is not receiving public assistance or other type of subsidy.

14. Defendant is employed, and pays taxes.

15. I have not made any prior application for the relief herein sought.

    I declare under the penalty of perjury that the statements made in this Declaration are true and correct, except as to those matters stated on information and belief, which matters I believe to be true.

                                                      Shane Hennen
                                                      Defendant, Pro Se

**Shane Hennen**
Defendant, Pro Se
1 Brown St, #1611
Philadelphia, PA 19123
(817) 513-2121

**In Propria Persona**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:15-cr-00043-MCR-1 |
| | ) | Other case: 2:09-cr-00348-CB-1 |
| Plaintiff, | ) | District of Pennsylvania(Pittsburgh) |
| | ) | |
| Vs. | ) | |
| | ) | |
| **Shane Hennen,** | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I, **Shane Hennen**, duly affirm under the penalty of perjury that on the day of August 16, 2016, I served the US Attorney for The Northern District of Florida, and Karen Myslinki, United States Probation Officer with a true and exact copy of the annexed Notice of Motion, together with all paper whereon it is made, via first class United States Mail.

_Shane Hennen_
Defendant, Pro Se

Shane Hennen
1 Brown St #1611
~~Pensacola FL 32~~
Philadelphia PA 19123

7015 0640 0000 8752 8476

CERTIFIED MAIL

CLERK of COURTS
ARNow Federal Building
Pensacola FL 32502




32502


U.S. POSTAGE PAID
PHILADELPHIA, PA
19130
AUG 18 18
AMOUNT
$4.45
R2304H109857-06