UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                                                          CASE NO.  3:15cr43-MCR

SHANE HENNEN

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on     August 23, 2016
Motion/Pleadings:   MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE
Filed by   Defendant              on   8/22/16       Doc.#   3
RESPONSES:
                                             on                      Doc.#

_____ Stipulated        _____ Joint Pldg.
_____ Unopposed      _____ Consented

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

s/ *Kathy Rock*

LC (1 OR 2)

Deputy Clerk: Kathy Rock

***ORDER***

Upon consideration of the foregoing, it is ORDERED this 13th day of September, 2016, that:

The relief requested is DENIED at this time.  Defendant may resubmit a request after he has completed two-thirds of his supervised release and the court will consider it.

s/ *M. Casey Rodgers*
*M. CASEY RODGERS*
*Chief United States District Judge*