# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                      CASE NO.  3:15cr43-001/MCR

SHANE HENNEN

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on    October 27, 2016

Motion/Pleadings:  MOTION TO TERMINATE SUPERVISED RELEASE

Filed by  Defendant *pro se*    on  10/26/2016  Doc.#  6

RESPONSES:

                                        on                Doc.#

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed     _____ Consented

                                        JESSICA J. LYUBLANOVITS,
                                        CLERK OF COURT

                                        s/ *Susan Simms*

LC (1 OR 2)                          Deputy Clerk: Susan Simms

## *ORDER*

      Upon consideration of the foregoing, it is ORDERED this 28th day of October, 2016, that:

      The relief requested is DENIED.  Defendant has not yet completed 3/4 of his term of supervision and he has been noncompliant.  Any further technical violations should be submitted to the Court.

                                              s/ *M. Casey Rodgers*
                                              *M. CASEY RODGERS*
                                      *Chief United States District Judge*